**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| In re:<br><br>EXPRO HOLDINGS US INC.,<br><br> Debtor. <br>Tax ID No. 26-3459304 | Chapter 11<br>Case No. 17-60179 (DRJ) |
| In re:<br><br>EXPLORATION AND PRODUCTION<br>SERVICES (HOLDINGS) LTD.,<br><br> Debtor. <br>Tax ID No. 98-0594457 | Chapter 11<br>Case No. 17-60180 (DRJ) |
| In re:<br><br>EXPRO (B) SDN BHD,<br><br> Debtor. <br>Tax ID No. 98-0594498 | Chapter 11<br>Case No. 17-60181 (DRJ) |
| In re:<br><br>EXPRO AMERICAS LLC,<br><br> Debtor. <br>Tax ID No. 76-0276756 | Chapter 11<br>Case No. 17-60182 (DRJ) |
| In re:<br><br>EXPRO BENELUX LTD.,<br><br> Debtor. <br>Tax ID No. 98-0594470 | Chapter 11<br>Case No. 17-60183 (DRJ) |
| In re:<br><br>EXPRO DO BRASIL SERVICOS LTDA,<br><br> Debtor. <br>Tax ID No. 98-0435788 | Chapter 11<br>Case No. 17-60184 (DRJ) |

| | |
|---|---|
| In re:<br><br>EXPRO EURASIA LTD.,<br><br>                  Debtor.<br>Tax ID No. 98-0594463 | Chapter 11<br>Case No. 17-60185 (DRJ) |
| In re:<br><br>EXPRO FINSERVICES SARL,<br><br>                  Debtor.<br>Tax ID No. 98-1195691 | Chapter 11<br>Case No. 17-60186 (DRJ) |
| In re:<br><br>EXPRO GROUP AUSTRALIA PTY LTD.,<br><br>                  Debtor.<br>Tax ID No. 98-0594495 | Chapter 11<br>Case No. 17-60187 (DRJ) |
| In re:<br><br>EXPRO GROUP CANADA INC.,<br><br>                  Debtor.<br>Tax ID No. 98-0431672 | Chapter 11<br>Case No. 17-60188 (DRJ) |
| In re:<br><br>EXPRO GULF LTD.,<br><br>                  Debtor.<br>Tax ID No. 98-0594486 | Chapter 11<br>Case No. 17-60189 (DRJ) |
| In re:<br><br>EXPRO HOLDINGS AUSTRALIA 1 PTY LTD.,<br><br>                  Debtor.<br>Tax ID No. 98-0594386 | Chapter 11<br>Case No. 17-60190 (DRJ) |
| In re:<br><br>EXPRO HOLDINGS AUSTRALIA 2 PTY LTD.,<br>                  Debtor.<br>Tax ID No. 98-0594387 | Chapter 11<br>Case No. 17-60191 (DRJ) |

| | |
|---|---|
| In re:<br><br>EXPRO HOLDINGS NORWAY AS,<br><br>         Debtor.<br>Tax ID No. 98-0612951 | Chapter 11<br>Case No. 17-60192 (DRJ) |
| In re:<br><br>EXPRO HOLDINGS UK 2 LTD.<br><br>         Debtor.<br>Tax ID No. 98-0585169 | Chapter 11<br>Case No. 17-60193 (DRJ) |
| In re:<br><br>EXPRO HOLDINGS UK 3 LTD.,<br><br>         Debtor.<br>Tax ID No. 98-0585168 | Chapter 11<br>Case No. 17-60194 (DRJ) |
| In re:<br><br>EXPRO HOLDINGS UK 4 LTD.,<br><br>         Debtor.<br>Tax ID No. 98-0585167 | Chapter 11<br>Case No. 17-60195 (DRJ) |
| In re:<br><br>EXPRO INTERNATIONAL BV,<br><br>         Debtor.<br>Tax ID No. 98-0594476 | Chapter 11<br>Case No. 17-60196 (DRJ) |
| In re:<br><br>EXPRO INTERNATIONAL GROUP HOLDINGS LTD.<br><br>         Debtor.<br>Tax ID No. 98-0585170 | Chapter 11<br>Case No. 17-60197 (DRJ) |
| In re:<br><br>EXPRO INTERNATIONAL GROUP LTD.,<br><br>         Debtor.<br>Tax ID No. 98-0594453 | Chapter 11<br>Case No. 17-60198 (DRJ) |

| | |
|---|---|
| In re:<br><br>EXPRO INTERNATIONAL LTD.,<br><br>             Debtor.<br>Tax ID No. 98-0594461 | Chapter 11<br>Case No. 17-60199 (DRJ) |
| In re:<br><br>EXPRO METERS INC.,<br><br>             Debtor.<br>Tax ID No. 06-1461666 | Chapter 11<br>Case No. 17-60200 (DRJ) |
| In re:<br><br>EXPRO NORTH SEA LTD.,<br><br>             Debtor.<br>Tax ID No. 98-0594460 | Chapter 11<br>Case No. 17-60201 (DRJ) |
| In re:<br><br>EXPRO NORWAY AS,<br><br>             Debtor.<br>Tax ID No. 98-0431675 | Chapter 11<br>Case No. 17-60202 (DRJ) |
| In re:<br><br>EXPRO OVERSEAS INC.,<br><br>             Debtor.<br>Tax ID No. 98-0594481 | Chapter 11<br>Case No. 17-60203 (DRJ) |
| In re:<br><br>EXPRO OVERSEAS LTD.,<br><br>             Debtor.<br>Tax ID No. 98-0594489 | Chapter 11<br>Case No. 17-60204 (DRJ) |
| In re:<br><br>EXPRO RESOURCES LTD.,<br><br>             Debtor.<br>Tax ID No. 98-0594472 | Chapter 11<br>Case No. 17-60205 (DRJ) |

| | |
|---|---|
| In re:<br><br>EXPRO SERVICOS S DE R L DE C.V.,<br><br>                              Debtor.<br>Tax ID No. 98-0431674 | Chapter 11<br>Case No. 17-60206 (DRJ) |
| In re:<br><br>EXPRO TOOL S DE R L DE C.V.,<br><br>                              Debtor.<br>Tax ID No. 98-0431673 | Chapter 11<br>Case No. 17-60208 (DRJ) |
| In re:<br><br>EXPRO TRINIDAD LTD.,<br><br>                              Debtor. | Chapter 11<br>Case No. 17-60209 (DRJ) |
| In re:<br><br>EXPRO US FINCO LLC,<br><br>                              Debtor.<br>Tax ID No. 47-1857558 | Chapter 11<br>Case No. 17-60210 (DRJ) |
| In re:<br><br>EXPRO US HOLDINGS LLC.,<br><br>                              Debtor.<br>Tax ID No. 68-0581005 | Chapter 11<br>Case No. 17-60211 (DRJ) |
| In re:<br><br>EXPRO WORLDWIDE BV,<br><br>                              Debtor.<br>Tax ID No. 98-0431668 | Chapter 11<br><br>Case No. 17-60212 (DRJ) |

| | |
|---|---|
| In re:<br><br>EXPROTECH NIGERIA LTD.,<br><br>                                Debtor.<br>Tax ID No. 98-0594478 | Chapter 11<br><br>Case No. 17-60213 (DRJ) |
| In re:<br><br>PETROTECH AS,<br><br>                                Debtor.<br>Tax ID No. 98-0455875 | Chapter 11<br>Case No. 17-60214 (DRJ) |
| In re:<br><br>PETROTECH BV,<br><br>                                Debtor.<br>Tax ID No. 98-0455888 | Chapter 11<br>Case No. 17-60215 (DRJ) |
| In re:<br><br>PT EXPRO INDONESIA,<br><br>                                Debtor.<br>Tax ID No. 98-0594491 | Chapter 11<br>Case No. 17-60216 (DRJ) |

**DEBTORS' EMERGENCY MOTION PURSUANT TO
FED. R. BANKR. P. 1015(B) FOR ENTRY OF ORDER
(I) DIRECTING JOINT ADMINISTRATION OF RELATED
CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

THIS MOTION SEEKS ENTRY OF AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

EMERGENCY RELIEF HAS BEEN REQUESTED.  IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.  A HEARING WILL BE HELD ON THIS MATTER ON DECEMBER 19, 2017, AT 4:00 P.M. (CT) BEFORE THE HONORABLE DAVID R. JONES, 515 RUSK STREET, COURTROOM 400 HOUSTON, TX 77002.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE DAVID R. JONES:

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), seek entry of an order pursuant to §§ 342 and 101(2) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), rules 1015(b) and 6003 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 1015-1 and 9013-1 of the Local Bankruptcy Rules for the Southern District of Texas (the "Local Rules") authorizing the Debtors to jointly administer their chapter 11 cases for procedural purposes only.  In support of this motion (the "Motion"), the Debtors respectfully state as follows:

## Background

1.      On the date hereof (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to

§§ 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases, and no committees have been appointed or designated.

2.      A detailed description surrounding the facts and circumstances of these Chapter 11 Cases is set forth in the *Declaration of John McAlister in Support of Chapter 11 Petitions and First Day Motions* (the "First Day Declaration"), filed contemporaneously herewith and incorporated herein by reference.[1]

## Jurisdiction and Venue

3.      The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of Texas*, dated May 24, 2012 (the "Amended Standing Order").  The Debtors confirm their consent, pursuant to Bankruptcy Rule 7008, to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

4.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Relief Requested

5.      By this Motion, pursuant to Bankruptcy Rule 1015(b), and Local Rules 1015-1 and 9013-1, the Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A**

---

[1]      Capitalized terms used but not defined herein shall have the meanings ascribed to them in the First Day Declaration.

(the "<u>Proposed Order</u>"), (a) directing the joint administration and consolidation of the Chapter 11 Cases for procedural purposes only and (b) granting related relief.

6.      Specifically, the Debtors request that the Court maintain one file and one docket for all of the jointly administered cases under the case of Expro Holdings US Inc., and that the cases be administered under a consolidated caption, as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRO HOLDINGS US INC., *et al.*,[2] | Case No. 17-60179 (DRJ) |
| Debtors. | (Jointly Administered) |

7.      The Debtors further request that the Court order that the foregoing caption satisfies the requirements set forth in § 342(c)(1) of the Bankruptcy Code.  The Debtors also request that a docket entry, substantially similar to the following, be entered on the docket of each of the Debtors, other than Expro Holdings US Inc., to reflect the joint administration of these Chapter 11 Cases: Case No. 17-60179 (DRJ)

---

[2]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are as follows: Expro Holdings US, Inc. (9304); Exploration and Production Services (Holdings) Ltd (4457); Expro (B) Sdn Bhd (BN) (4498); Expro Americas, LLC (6756); Expro Benelux Ltd. (4470); Expro do Brasil Servicos Ltda (5788); Expro Eurasia Ltd. (4463);  Expro FinServices Sarl (5691); Expro Group Australia PTY Ltd. (4495); Expro Group Canada Inc. (1672); Expro Gulf Ltd. (4486);  Expro Holdings Australia 1 PTY Ltd. (4386); Expro Holdings Australia 2 PTY Ltd. (4387); Expro Holdings Norway AS (2951); Expro Holdings UK 2 Ltd. (5169); Expro Holdings UK 3 Ltd (5168); Expro Holdings UK 4 Ltd. (5167); Expro International BV (4476); Expro International Group Holdings Ltd. (5170); Expro International Group Ltd. (4453); Expro   International Ltd. (4461); Expro Meters Inc. (1666); Expro  North Sea Ltd. (4460); Expro Norway AS (1675); Expro Overseas Inc. (4481); Expro Overseas Ltd. (4489); Expro Resources Ltd. (4472); Expro Servicos S de R L de C.V. (1674); Expro Tool S de R L de C.V. (1673);  Expro Trinidad Ltd.; Expro US Finco LLC (7558); Expro US Holdings,LLC (1005); Expro Worldwide BV (1668); Exprotech Nigeria Ltd. (4478); Petrotech AS (5875); Petrotech BV (5888); PT Expro Indonesia (4491).  The location of the Debtors' registered office is 14-16 Cross Street, 3rd Floor, Reading, Berkshire, RG1 1SN, United Kingdom.

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the Chapter 11 Cases of: Expro Holdings US Inc. Case No. 17-60179 (DRJ); Exploration and Production Services (Holdings) Ltd. Case No. 17-60180 (DRJ); Expro (B) Sdn Bhd Case No. 17-60181 (DRJ); Expro Americas LLC Case No. 17-60182 (DRJ); Expro Benelux Ltd. Case No. 17-60183 (DRJ); Expro do Brasil Servicos Ltda Case No. 17-60184 (DRJ);Expro Eurasia Ltd. Case No. 17-60185 (DRJ); Expro FinServices Sarl Case No. 17-60186 (DRJ); Expro Group Australia PTY Ltd. Case No. 17-60187 (DRJ); Expro Group Canada Inc. Case No. 17-60188 (DRJ); Expro Gulf Ltd. Case No. 17-60189 (DRJ); Expro Holdings Australia 1 Pty Ltd. Case No. 17-60190 (DRJ); Expro Holdings Australia 2 Pty Ltd. Case No. 17-60191 (DRJ); Expro Holdings Norway AS Case No. 17-60192 (DRJ); Expro Holdings UK 2 Ltd Case No. 17-60193 (DRJ); Expro Holdings UK 3 Ltd. Case No. 17-60194 (DRJ); Expro Holdings UK 4 Ltd. Case No. 17-60195 (DRJ); Expro International BV Case No. 17-60196 (DRJ); Expro International Group Holdings Ltd. Case No. 17-60197 (DRJ); Expro International Group Ltd. Case No. 17-60198 (DRJ); Expro International Ltd. Case No. 17-60199 (DRJ); Expro Meters Inc. Case No. 17-60200 (DRJ); Expro North Sea Ltd. Case No. 17-60201 (DRJ); Expro Norway AS Case No. 17-60202 (DRJ); Expro Overseas Inc. Case No. 17-60203 (DRJ); Expro Overseas Ltd. Case No. 17-60204 (DRJ); Expro Resources Ltd. Case No. 17-60205 (DRJ); Expro Servicos S de R L de C.V. Case No. 17-60206 (DRJ); Expro Tool S de R L de C.V. Case No. 17-60208 (DRJ); Expro Trinidad Ltd. Case No. 17-60209 (DRJ); Expro US Finco LLC Case No. 17-60210 (DRJ); Expro US Holdings, LLC No. 17-60211 (DRJ); Expro Worldwide BV Case No. 17-60212 (DRJ); Exprotech Nigeria Ltd. Case No. 17-60213 (DRJ); Petrotech AS Case No. 17-60214 (DRJ); Petrotech BV Case No. 17-60215 (DRJ); PT Expro Indonesia Case No. 17-60216 (DRJ).  **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 17-60179 (DRJ).**

8.      The Debtors reserve all rights to file a subsequent motion seeking authority to jointly administer their cases with additional cases if the circumstances warrant doing so.

## **Basis for Relief**

9.      Bankruptcy Rule 1015(b) provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b).  The Debtor entities that commenced these Chapter 11 Cases are "affiliates" as that term is defined in § 101(2) of the Bankruptcy Code.  *See* 11 U.S.C. § 101(2).  Local Rule 1015-1 provides for the joint administration of related chapter 11 cases.  Accordingly, the Bankruptcy Rules, the Bankruptcy Code, and the Local Rules authorize the Court to grant the relief requested herein.

10.     Joint administration of these Chapter 11 Cases will provide significant administrative convenience without harming the substantive rights of any party in interest.  Many of the motions, hearings, and orders in these Chapter 11 Cases will affect each Debtor entity.  The

entry of an order directing joint administration of these Chapter 11 Cases will reduce fees and costs by avoiding duplicative filings and objections.  Joint administration also will allow the Office of the United States Trustee for the Southern District of Texas and all parties-in-interest to monitor these Chapter 11 Cases with greater ease and efficiency.

11.     Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this Motion seeks only administrative, not substantive, consolidation of the Debtors' estates.  Parties-in-interest will not be harmed by the relief requested, but instead will benefit from the cost reductions associated with the joint administration of these Chapter 11 Cases. Accordingly, the Debtors submit that the joint administration of these Chapter 11 Cases is in the best interests of their estates, their creditors, and all other parties-in-interest.

### Emergency Consideration

12.     Pursuant to Local Rule 9013-1(i), the Debtors respectfully request emergency consideration of this Motion pursuant to Bankruptcy Rule 6003, which empowers a court to grant relief within the first twenty-one (21) days after the commencement of a chapter 11 case "to the extent that relief is necessary to avoid immediate and irreparable harm."  As set forth in this Motion, the Debtors believe an immediate and orderly transition into chapter 11 is critical to their ability to reorganize successfully, and that the immediate entry of an order providing for the joint administration of these Chapter 11 Cases will maximize the efficiency and minimize confusion. Any delay in granting the relief requested would have the opposite effect and could cause irreparable harm.  Accordingly, the Debtors submit that they have satisfied the "immediate and irreparable harm" standard of Bankruptcy Rule 6003 and, therefore, respectfully request that the Court approve the relief requested in this Motion on an emergency basis.

**Notice**

13.     Notice of the hearing on the relief requested in the Motion has been provided by the Debtors in accordance and compliance with Bankruptcy Rules 4001 and 9014, as well as the Local Rules, and is sufficient under the circumstances.  Without limiting the forgoing, due notice was afforded, whether by facsimile, electronic mail, overnight courier or hand delivery, to parties-in-interest, including (a) the Office of the United States Trustee for the Southern District of Texas; (b) entities listed as holding the 35 largest unsecured claims against the Debtors (on a consolidated basis); (c) Bank of New York Mellon as facility agent under the Mezzanine Facility Agreement, dated July 14, 2008, as amended from time to time, and its counsel, to the extent known; (d) counsel to HSBC Bank USA, National Association as administrative agent under the Credit Agreement, dated September 2, 2014, as amended from time to time (the "Credit Agreement"), and certain of the revolving lenders under the Credit Agreement, Sullivan & Cromwell LLP, 1 New Fetter Lane, London, EC4A 1AN, England; (f) counsel to the ad hoc group of first lien lenders, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017; (g) counsel to the ad hoc group of shareholders, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022; (h) the Office of the United States Attorney for the Southern District of Texas; (i) the state attorneys general for states in which the Debtors' conduct business; (j) the Internal Revenue Service; (k) the Securities and Exchange Commission; (l) the Environmental Protection Agency and similar state environmental agencies for states in which the Debtors conduct business; and (m) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").  The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order granting the relief requested in this Motion and granting such other and further relief as is appropriate under the circumstances.

Dated:    December 18, 2017
Victoria, Texas

/s/ *Patricia B. Tomasco*
Patricia B. Tomasco (State Bar No. 01797600)
Matthew D. Cavenaugh (State Bar No. 24062656)
Jennifer F. Wertz (State Bar No. 24072822)
JACKSON WALKER, L.L.P.
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713)-752-4284
Facsimile: (713) 308-4184
Email: ptomasco@jw.com
Email: mcavenaugh@jw.com
Email: jwertz@jw.com

-and-

Brian S. Hermann (pending *pro hac vice*)
Alice Belisle Eaton (pending *pro hac vice*)
Sarah Harnett (pending *pro hac vice*)
Alexander Woolverton (pending *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:bhermann@paulweiss.com
Email:aeaton@paulweiss.com
Email:sharnett@paulweiss.com
Email:awoolverton@paulweiss.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

## **<u>Certificate of Service</u>**

I certify that on December 18, 2017, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Patricia B. Tomasco*
Patricia B. Tomasco

## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| In re:<br><br>EXPRO HOLDINGS US INC.,<br><br>                       Debtor.<br><br>Tax ID No. 26-3459304 | Chapter 11<br>Case No. 17-60179 (DRJ) |
| In re:<br><br>EXPLORATION AND PRODUCTION<br>SERVICES (HOLDINGS) LTD.,<br><br>                       Debtor.<br><br>Tax ID No. 98-0594457 | Chapter 11<br>Case No. 17-60180 (DRJ) |
| In re:<br><br>EXPRO (B) SDN BHD,<br><br>                       Debtor.<br><br>Tax ID No. 98-0594498 | Chapter 11<br>Case No. 17-60181 (DRJ) |
| In re:<br><br>EXPRO AMERICAS LLC,<br><br>                       Debtor.<br><br>Tax ID No. 76-0276756 | Chapter 11<br>Case No. 17-60182 (DRJ) |
| In re:<br><br>EXPRO BENELUX LTD.,<br><br>                       Debtor.<br><br>Tax ID No. 98-0594470 | Chapter 11<br>Case No. 17-60183 (DRJ) |
| In re:<br><br>EXPRO DO BRASIL SERVICOS LTDA,<br><br>                       Debtor.<br><br>Tax ID No. 98-0435788 | Chapter 11<br>Case No. 17-60184 (DRJ) |

| | |
|---|---|
| In re:<br><br>EXPRO EURASIA LTD.,<br><br>                       Debtor.<br>Tax ID No. 98-0594463 | Chapter 11<br>Case No. 17-60185 (DRJ) |
| In re:<br><br>EXPRO FINSERVICES SARL,<br><br>                       Debtor.<br>Tax ID No. 98-1195691 | Chapter 11<br>Case No. 17-60186 (DRJ) |
| In re:<br><br>EXPRO GROUP AUSTRALIA PTY LTD.,<br><br>                       Debtor.<br>Tax ID No. 98-0594495 | Chapter 11<br>Case No. 17-60187 (DRJ) |
| In re:<br><br>EXPRO GROUP CANADA INC.,<br><br>                       Debtor.<br>Tax ID No. 98-0431672 | Chapter 11<br>Case No. 17-60188 (DRJ) |
| In re:<br><br>EXPRO GULF LTD.,<br><br>                       Debtor.<br>Tax ID No. 98-0594486 | Chapter 11<br>Case No. 17-60189 (DRJ) |
| In re:<br><br>EXPRO HOLDINGS AUSTRALIA 1 PTY LTD.,<br><br>                       Debtor.<br>Tax ID No. 98-0594386 | Chapter 11<br>Case No. 17-60190 (DRJ) |
| In re:<br><br>EXPRO HOLDINGS AUSTRALIA 2 PTY LTD.,<br><br>                       Debtor. | Chapter 11<br>Case No. 17-60191 (DRJ) |

| | |
|---|---|
| Tax ID No. 98-0594387 | |
| In re:<br><br>EXPRO HOLDINGS NORWAY AS,<br><br>       Debtor.<br>Tax ID No. 98-0612951 | Chapter 11<br>Case No. 17-60192 (DRJ) |
| In re:<br><br>EXPRO HOLDINGS UK 2 LTD.<br><br>       Debtor.<br>Tax ID No. 98-0585169 | Chapter 11<br>Case No. 17-60193 (DRJ) |
| In re:<br><br>EXPRO HOLDINGS UK 3 LTD.,<br><br>       Debtor.<br>Tax ID No. 98-0585168 | Chapter 11<br>Case No. 17-60194 (DRJ) |
| In re:<br><br>EXPRO HOLDINGS UK 4 LTD.,<br><br>       Debtor.<br>Tax ID No. 98-0585167 | Chapter 11<br>Case No. 17-60195 (DRJ) |
| In re:<br><br>EXPRO INTERNATIONAL BV,<br><br>       Debtor.<br>Tax ID No. 98-0594476 | Chapter 11<br>Case No. 17-60196 (DRJ) |
| In re:<br><br>EXPRO INTERNATIONAL GROUP<br>HOLDINGS LTD.<br><br>       Debtor.<br>Tax ID No. 98-0585170 | Chapter 11<br>Case No. 17-60197 (DRJ) |

| | |
|---|---|
| In re:<br><br>EXPRO INTERNATIONAL GROUP LTD.,<br><br>                  Debtor.<br>Tax ID No. 98-0594453 | Chapter 11<br>Case No. 17-60198 (DRJ) |
| In re:<br><br>EXPRO INTERNATIONAL LTD.,<br><br>                  Debtor.<br>Tax ID No. 98-0594461 | Chapter 11<br>Case No. 17-60199 (DRJ) |
| In re:<br><br>EXPRO METERS INC.,<br><br>                  Debtor.<br>Tax ID No. 06-1461666 | Chapter 11<br>Case No. 17-60200 (DRJ) |
| In re:<br><br>EXPRO NORTH SEA LTD.,<br><br>                  Debtor.<br>Tax ID No. 98-0594460 | Chapter 11<br>Case No. 17-60201 (DRJ) |
| In re:<br><br>EXPRO NORWAY AS,<br><br>                  Debtor.<br>Tax ID No. 98-0431675 | Chapter 11<br>Case No. 17-60202 (DRJ) |
| In re:<br><br>EXPRO OVERSEAS INC.,<br><br>                  Debtor.<br>Tax ID No. 98-0594481 | Chapter 11<br>Case No. 17-60203 (DRJ) |
| In re:<br><br>EXPRO OVERSEAS LTD.,<br><br>                  Debtor.<br>Tax ID No. 98-0594489 | Chapter 11<br>Case No. 17-60204 (DRJ) |

| | |
|---|---|
| In re:<br><br>EXPRO RESOURCES LTD.,<br><br>                              Debtor.<br>Tax ID No. 98-0594472 | Chapter 11<br>Case No. 17-60205 (DRJ) |
| In re:<br><br>EXPRO SERVICOS S DE R L DE C.V.,<br><br>                              Debtor.<br>Tax ID No. 98-0431674 | Chapter 11<br>Case No. 17-60206 (DRJ) |
| In re:<br><br>EXPRO TOOL S DE R L DE C.V.,<br><br>                              Debtor.<br>Tax ID No. 98-0431673 | Chapter 11<br>Case No. 17-60208 (DRJ) |
| In re:<br><br>EXPRO TRINIDAD LTD.,<br><br>                              Debtor. | Chapter 11<br>Case No. 17-60209 (DRJ) |
| In re:<br><br>EXPRO US FINCO LLC,<br><br>                              Debtor.<br>Tax ID No. 47-1857558 | Chapter 11<br>Case No. 17-60210 (DRJ) |
| In re:<br><br>EXPRO US HOLDINGS LLC.,<br><br>                              Debtor.<br>Tax ID No. 68-0581005 | Chapter 11<br>Case No. 17-60211 (DRJ) |

| | |
|---|---|
| In re:<br><br>EXPRO WORLDWIDE BV,<br><br>                                Debtor.<br>Tax ID No. 98-0431668 | Chapter 11<br><br>Case No. 17-60212 (DRJ) |
| In re:<br><br>EXPROTECH NIGERIA LTD.,<br><br>                                Debtor.<br>Tax ID No. 98-0594478 | Chapter 11<br><br>Case No. 17-60213 (DRJ) |
| In re:<br><br>PETROTECH AS,<br><br>                                Debtor.<br>Tax ID No. 98-0455875 | Chapter 11<br>Case No. 17-60214 (DRJ) |
| In re:<br><br>PETROTECH BV,<br><br>                                Debtor.<br>Tax ID No. 98-0455888 | Chapter 11<br>Case No. 17-60215 (DRJ) |
| In re:<br><br>PT EXPRO INDONESIA,<br><br>                                Debtor.<br>Tax ID No. 98-0594491 | Chapter 11<br>Case No. 17-60216 (DRJ) |

**ORDER PURSUANT TO FED. R. BANKR. P. 1015(B) (I) DIRECTING JOINT
ADMINISTRATION OF RELATED CHAPTER 11 CASES
AND (II) GRANTING RELATED RELIEF**
(Relates to Docket No. _____)

Upon the motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>"), pursuant to Bankruptcy Rule 1015(b), (a) directing the joint administration of the Debtors' Chapter 11 Cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

---

[1]      Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2.      The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 17-60179 (DRJ).  Additionally, the following checked items are ordered:

    a.            ☒     One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

    b.            ☒     Parties may request joint hearings on matters pending in any of the jointly administered cases.

    c.            ☒     Other:  See below.

3.      The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRO HOLDINGS US INC., *et al.*,[2] | Case No. 17-60179 (DRJ) |
| Debtors. | (Jointly Administered) |
| Tax ID No. [26-3459304] | |

---

[2]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are as follows: Expro Holdings US, Inc. (9304); Exploration and Production Services (Holdings) Ltd (4457); Expro (B) Sdn Bhd (BN) (4498); Expro Americas, LLC (6756); Expro Benelux Ltd. (4470); Expro do Brasil Servicos Ltda (5788); Expro Eurasia Ltd. (4463); Expro FinServices Sarl (5691); Expro Group Australia PTY Ltd. (4495); Expro Group Canada Inc. (1672); Expro Gulf Ltd. (4486); Expro Holdings Australia 1 PTY Ltd. (4386); Expro Holdings Australia 2 PTY Ltd. (4387); Expro Holdings Norway AS (2951); Expro Holdings UK 2 Ltd. (5169); Expro Holdings UK 3 Ltd (5168); Expro Holdings UK 4 Ltd. (5167); Expro International BV (4476); Expro International Group Holdings Ltd. (5170); Expro International Group Ltd. (4453); Expro   International Ltd. (4461); Expro Meters Inc. (1666); Expro  North Sea Ltd. (4460); Expro Norway AS (1675); Expro Overseas Inc. (4481); Expro Overseas Ltd. (4489); Expro Resources Ltd. (4472); Expro Servicos S de R L de C.V. (1674); Expro Tool S de R L de C.V. (1673); Expro Trinidad Ltd.; Expro US Finco LLC (7558); Expro US Holdings, LLC (1005); Expro Worldwide BV (1668); Exprotech Nigeria Ltd. (4478); Petrotech AS (5875); Petrotech BV (5888); PT Expro Indonesia (4491).  The location of the Debtors' registered office is 14-16 Cross Street, 3rd Floor, Reading, Berkshire, RG1 1SN, United Kingdom.

4.      The foregoing caption satisfies the requirements set forth in § 342(c)(1) of the Bankruptcy Code.

5.      A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors other than Expro Holdings US Inc.:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the Chapter 11 Cases of: Expro Holdings US Inc. Case No. 17-60179 (DRJ); Exploration and Production Services (Holdings) Ltd. Case No. 17-60180 (DRJ); Expro (B) Sdn Bhd Case No. 17-60181 (DRJ); Expro Americas LLC Case No. 17-60182 (DRJ); Expro Benelux Ltd. Case No. 17-60183 (DRJ); Expro do Brasil Servicos Ltda Case No. 17-60184 (DRJ);Expro Eurasia Ltd. Case No. 17-60185 (DRJ); Expro FinServices Sarl Case No. 17-60186 (DRJ); Expro Group Australia PTY Ltd. Case No. 17-60187 (DRJ); Expro Group Canada Inc. Case No. 17-60188 (DRJ); Expro Gulf Ltd. Case No. 17-60189 (DRJ); Expro Holdings Australia 1 Pty Ltd. Case No. 17-60190 (DRJ); Expro Holdings Australia 2 Pty Ltd. Case No. 17-60191 (DRJ); Expro Holdings Norway AS Case No. 17-60192 (DRJ); Expro Holdings UK 2 Ltd Case No. 17-60193 (DRJ); Expro Holdings UK 3 Ltd. Case No. 17-60194 (DRJ); Expro Holdings UK 4 Ltd. Case No. 17-60195 (DRJ); Expro International BV Case No. 17-60196 (DRJ); Expro International Group Holdings Ltd. Case No. 17-60197 (DRJ); Expro International Group Ltd. Case No. 17-60198 (DRJ); Expro International Ltd. Case No. 17-60199 (DRJ); Expro Meters Inc. Case No. 17-60200 (DRJ); Expro North Sea Ltd. Case No. 17-60201 (DRJ); Expro Norway AS Case No. 17-60202 (DRJ); Expro Overseas Inc. Case No. 17-60203 (DRJ); Expro Overseas Ltd. Case No. 17-60204 (DRJ); Expro Resources Ltd. Case No. 17-60205 (DRJ); Expro Servicos S de R L de C.V. Case No. 17-60206 (DRJ); Expro Tool S de R L de C.V. Case No. 17-60208 (DRJ); Expro Trinidad Ltd. Case No. 17-60209 (DRJ); Expro US Finco LLC Case No. 17-60210 (DRJ); Expro US Holdings, LLC No. 17-60211 (DRJ); Expro Worldwide BV Case No. 17-60212 (DRJ); Exprotech Nigeria Ltd. Case No. 17-60213 (DRJ); Petrotech AS Case No. 17-60214 (DRJ); Petrotech BV Case No. 17-60215 (DRJ); PT Expro Indonesia Case No. 17-60216 (DRJ). **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 17-60179 (DRJ).**

6.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these Chapter 11 Cases.

7.      Any party-in-interest may request joint hearings on matters pending in any of these Chapter 11 Cases.

8.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

3

9.      Notice of the Motion satisfies the requirements of Bankruptcy Rule 6004(a).

10.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

ZZZ