**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| EXPRO HOLDINGS US INC., *et al.*, | Case No. 17-60179 |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| *Debtor* | *Equity Holder(s)* | *Percentage of Ownership* | *Last Known Address of Equity Holder* |
|---|---|---|---|
| Expro International Group Holdings Ltd. | Funds affiliated with or managed by Goldman Sachs & Co. | 38.56% | |
| | Funds affiliated with or managed by KKR & Co. L.P. | 16.64% | |
| | Funds affiliated with or managed by HPS Investment Partners | 13.79% | |
| | Funds affiliated with or managed by Arle Capital Partners Ltd. | 13.04% | |
| | Park Square Capital 1 S.à.r.l. | 10.3% | |
| Expro Holdings UK 2 Ltd. | Expro International Group Holdings Limited | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro Holdings UK 3 Ltd. | Expro Holdings UK 2 Limited | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |

| Debtor | Equity Holder(s) | Percentage of Ownership | Last Known Address of Equity Holder |
|---|---|---|---|
| Expro Holdings UK 4 Ltd. | Expro Holdings UK 3 Limited | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro US Finco LLC | Expro Holdings UK 3 Limited | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro Finservices Sarl | Expro Holdings UK 3 Limited | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro Holdings US Inc. | Expro Holdings UK 4 Limited | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro Holdings Australia 1 Pty Ltd. | Expro Holdings UK 4 Limited | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro International Group Ltd | Expro Holdings UK 4 Limited | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro Holdings Norway AS | Expro Holdings UK 4 Limited | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro US Holdings, LLC | Expro Holdings US Inc | 100% | c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington DE 19808, United States |
| Expro Americas, LLC | Expro US Holdings LLC | 100% | c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington DE 19808, United States |
| Expro Holdings Australia 2 Pty Ltd. | Expro Holdings Australia 1 Pty Ltd | 100% | BDO38 Station Street Subiaco, WA 6008 Australia |
| Expro Group Australia Pty Ltd. | Expro Holdings Australia 2 Pty Ltd | 100% | BDO38 Station Street Subiaco, WA 6008Australia |

| Debtor | Equity Holder(s) | Percentage of Ownership | Last Known Address of Equity Holder |
|---|---|---|---|
| Petrotech AS | Expro Holdings Norway AS | 100% | Norsea Tananger base bygg 7, 4056 Tananger, Norway |
| Petrotech B.V. | Petrotech AS | 100% | Kvalamarka 265501 Haugesund, Norway |
| Expro Norway AS | Petrotech AS | 100% | Kvalamarka 265501 Haugesund, Norway |
| Exploration and Production Services (Holdings) Ltd. | Expro International Group Limited | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro International Ltd | Exploration and Production Services (Holdings) Ltd | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro (B) Sendirian Berhad | Expro International Ltd | 60% | P.O. Box 25 Regency Court, Glategny Esplanade, St Peter Port Guernsey, GY1 3AP |
| | Exploration and Production Services (Holdings) Ltd | 40% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro Overseas, Inc. | Expro International Ltd | 100% | P.O. Box 25 Regency Court, Glategny Esplanade, St Peter Port Guernsey, GY1 3AP |
| Expro Gulf Ltd. | Expro International Ltd | 100% | P.O. Box 25 Regency Court, Glategny Esplanade, St Peter Port Guernsey, GY1 3AP |
| Expro Meters, Inc. | Exploration and Production Services (Holdings) Ltd | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro Overseas Ltd. | Exploration and Production Services (Holdings) Ltd | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |

| Debtor | Equity Holder(s) | Percentage of Ownership | Last Known Address of Equity Holder |
|---|---|---|---|
| Expro Benelux Ltd. | Exploration and Production Services (Holdings) Ltd | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro International B.V. | Expro Benelux Ltd | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro do Brasil Servicos Ltda | Exploration and Production Services (Holdings) Ltd | 99.7% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| | Expro International BV | 0.3% | PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM Netherlands |
| | Expro Worldwide BV | 0.1% | PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM Netherlands |
| Expro Group Canada Inc. | Expro International BV | 100% | PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM Netherlands |
| Expro Trinidad Ltd. | Expro International BV | 100% | PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM Netherlands |
| Expro Tool S. de R.L. de C.V. | Expro International BV | 99.97% | PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM Netherlands |
| | Expro Worldwide BV | 0.03% | PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM Netherlands |

| Debtor | Equity Holder(s) | Percentage of Ownership | Last Known Address of Equity Holder |
|---|---|---|---|
| Expro Servicios S. de R.L. de C.V. | Expro International BV | 99.97% | PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM Netherlands |
| | Expro Worldwide BV | 0.03% | PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM Netherlands |
| Exprotech Nigeria Ltd. | Expro International BV | 96% | PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM Netherlands |
| | Exploration and Production Services (Holdings) Limited | 4% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro Worldwide B.V. | Expro International BV | 100% | PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM Netherlands |
| Expro Resources Ltd. | Exploration and Production Services (Holdings) Ltd | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro Eurasia Ltd. | Exploration and Production Services (Holdings) Ltd | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| Expro North Sea Ltd. | Exploration and Production Services (Holdings) Ltd | 100% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |
| PT Expro Indonesia | Exploration and Production Services (Holdings) Ltd (UK) | 95% | Third Floor, 14-16 Cross Street, Reading, Berkshire, United Kingdom, RG1 1SN |

| Debtor | Equity Holder(s) | Percentage of Ownership | Last Known Address of Equity Holder |
|---|---|---|---|
| | PT BUMI ADIKARA | 5% | PT Bumi Adikara DBS Bank Tower, 17th Floor, Suite 1701, JI. Prof Dr Satrio Kav 3-5, Jakarta 12940, Indonesia |

Fill in this information to identify the case:

Debtor name  Expro Americas, LLC

United States Bankruptcy Court for the:   Southern         District of   Texas

Case number (If known):      17-60182

☐  Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 35 Largest Unsecured Claims and Are Not Insiders                                      12/15

A list of creditors holding the 35 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 35 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | EURL RIG GEOPHYSIQUE 37 CITE MOHAMED LAID EL KHALIFA BP HASSI MESSAOUD,  30500 ALGERIA | KHALIL TIFOUR PHONE: 213 (0) 29 73 77 99 EMAIL: KHALIL.TIFOUR@RIGGEO.COM | Trade Payable | | | | $1,336,740 |
| 2 | BELMAR ENGINEERING SERVICES LTD ABBOTSWELL ROAD ABERDEEN,  AB12 3AJ UNITED KINGDOM | BRIAN WOOD PHONE: 44 (0) 1224 875038 EMAIL: ACCOUNTS@BELMAR.CO.UK | Trade Payable | | | | $1,277,514 |
| 3 | BIN QURAYA FOR HEAVY EQUIPMENT CO. PO BOX 83 ABQAIQ,  31992 SAUDI ARABIA | T. MANGALABAL PHONE: 966 (0) 13-868-2044 EMAIL: T.MANGALABAL@BINQURAYA.COM | Trade Payable | | | | $1,112,268 |
| 4 | EURL ZEGGOUNI REALISATION ET SERVICES B.P. 338 - HASSI MESSAOUD HASSI MESSAOUD,  31000 ALGERIA | SAID ZEGGOUNI PHONE: 213 (0) 29 74 51 61 EMAIL: EURL.ZEGGOUNI@GMAIL.COM | Trade Payable | | | | $1,059,888 |
| 5 | EURL BONATTI ALGERIE B.P 1327 ROUTE DE L'AÉROPORT IRARA HASSI MESSAOUD,  30500 ALGERIA | GIOVANNI FIDANZA PHONE: 213 (0) 29 73 03 38 EMAIL: GIOVANNI.FIDANZA@BONATTI.IT | Trade Payable | | | | $928,824 |
| 6 | SONILS INTEGRATED LOGISTIC SERVICES BLACKBUSHE BUSINESS PARK YATELEY HAMPSHIRE,  GU46 6GD UNITED KINGDOM | KATIE WADE PHONE: 44 (0) 1252 872288 EMAIL: KATIE.WADE@SONARDYNE.COM | Trade Payable | | | | $635,886 |
| 7 | PETRO HALLI CITE 200 LOGEMENTS BT G2 NO 89 HASSI MESSAOUD,  30500 ALGERIA | BENAMOKRANE SALIM PHONE: 213 (0) 66 18 83 023 EMAIL: HALLICOMPANY@YAHOO.FR | Trade Payable | | | | $615,985 |
| 8 | HUNTING ENERGY SERVICES BADENTOY AVENUE BADENTOY INDUSTRIAL PARK PORTLETHEN ABERDEEN,  AB12 4YB UNITED KINGDOM | GRAEME RAFFAN PHONE: 01224 787022 EMAIL: GRAEME.RAFFAN@HUNTING-INTL.COM | Trade Payable | | | | $579,716 |
| 9 | VECTOR SUPPLIES LTD UNIT 4B, WELLHEADS WAY, DYCE ABERDEEN,  AB21 7GA UNITED KINGDOM | DAVE MCBEATH PHONE: 44 (0) 1224 772244 EMAIL: DAVE@VECTOR-SUPPLIES.LTD.UK | Trade Payable | | | | $544,332 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10 EVERCORE GROUP LLC 55 EAST 52ND STREET NEW YORK, NY 10055 UNITED STATES | DAVID ANDREWS PHONE: (212) 857-3100 EMAIL: DAVID.ANDREWS@EVERCORE.COM | Trade Payable | | | | $502,659 |
| 11 NOV ELMAR (MIDDLE EAST) LIMITED B-17 OILS FIELDS SUPPLY CENTER JEBEL ALI FREE ZONE DUBAI, UNITED ARAB EMIRATES | BINOY ZACHARIA PHONE: 971 4 8835910 EMAIL: BINOY.ZACHARIA@NOV.COM | Trade Payable | | | | $444,473 |
| 12 SARL GRAND TRAVAUX LOCATION MATERIEL- GTLM CITE CHEKH EL MOKRANI N° 02 HASSI MESSAOUD, 30500 ALGERIA | GUARIR AMEUR PHONE: 213 (0) 77 01 72 693 EMAIL: SARL.GTLM@YAHOO.COM | Trade Payable | | | | $414,049 |
| 13 OIL CONSULTANTS LTD PARSONS HOUSE PARSONS INDUSTRIAL ESTATE WASHINGTON, NE37 1EZ UNITED KINGDOM | SUSAN STINTON PHONE: 44 (0) 1914 193180 EMAIL: ACCOUNTS@OIL-CONSULTANTS.NET | Trade Payable | | | | $356,234 |
| 14 AL-KHALDI HOLDING COMPANY P.O. BOX 30741 AL KHOBAR, 31952 SAUDI ARABIA | AHMED FATHY EL-SHEIKH PHONE: +966 (3) 8997737 EMAIL: AF.ELSHEIKH@AL-KHALDI.COM.SA | Trade Payable | | | | $354,225 |
| 15 HUNTING TITAN INC 11785 HWY 152 PAMPA, TX 79065-2316 UNITED STATES | ALPHIE WRIGHT PHONE: (281) 448-2200 EMAIL: ALPHIE.WRIGHT@HUNTING-INTL.COM | Trade Payable | | | | $345,177 |
| 16 ABERDEEN CITY COUNCIL FINANCE DEPARTMENT CROWN HOUSE ABERDEEN, AB11 6BZ UNITED KINGDOM | BUSINESS RATES TEAM PHONE: 01224 346146 EMAIL: BUSINESSRATES@ABERDEENCITY.GOV.UK | Trade Payable | | | | $324,694 |
| 17 MARSH PB COLTD 0TH FL UBC II BUILDING SUKHUMVIT BANGKOK, 10110 THAILAND | KHUN NOPAWAN PHONE: +662 695 7175 EMAIL: NOPPAWAN.NONTHALUGSNE@MERCERMARSHBENEFITS.COM | Trade Payable | | | | $317,697 |
| 18 AC VALVES & CONTROL LIMITED UNIT 6, INTERLINKWAY SOUTH BARDON COALVILLE, LE67 1PH UNITED KINGDOM | DREW PRESCOTT PHONE: 44 (0) 1530 815818 EMAIL: DREWP@ACVALVEALLIANCE.COM | Trade Payable | | | | $305,555 |
| 19 ROOTA ENGINEERING LTD. UNIT D1 HARRISON STREET ROTHERHAM, S61 1EE UNITED KINGDOM | TED STROUD PHONE: +44 (0) 1709 717317 EMAIL: TEDSTROUD@ROOTA.CO.UK | Trade Payable | | | | $293,443 |
| 20 NATIONAL OILWELL VARCO UK LIMITED SUIT 12, KIRKTON AVENUE PITMEDDEN INDUSTRIAL ESTATE ABERDEEN, AB21 0BF UNITED KINGDOM | ALAN VENTERS PHONE: 44 (0) 1224 245518 EMAIL: ALAN.VENTERS@NOV.COM | Trade Payable | | | | $291,119 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 STANDARD LIFE INVESTMENTS UK REAL ESTATE FUND 1 GEORGE STREET EDINBURGH,  EH2 2LL UNITED KINGDOM | GLOBAL CLIENT MANAGEMENT  PHONE: +44 345 2719506 EMAIL:  GLOBALCLIENTMANAGEMENT@ST ANDARDLIFE.COM | Trade Payable | | | | $277,599 |
| 22 NOV ELMAR PREVIOUSLY NOV ASEP ELMAR UNIT 10, ENTERPRISE DRIVE WESTHILL INDUSTRIAL ESTATE, WESTHILL ABERDEEN,  AB32 6TQ UNITED KINGDOM | ANDREW DOUGLAS  PHONE: 1224748820 EMAIL: ANDREW.DOUGLAS@NOV.COM | Trade Payable | | | | $265,893 |
| 23 COAST CENTER BASE AS POSTBOKS 55 KYSTBASEN ÅGOTN,  5347 NORWAY | ACCOUNTS RECEIVABLE TEAM  PHONE: 0047 56323000 EMAIL: CCB@COASTCENTERBASE.NO | Trade Payable | | | | $260,689 |
| 24 WELLWISE OILFIELD SERVICES LTD CROSSWAYS BUSINESS CENTRE HOVETON, NK  NR12 8DJ UNITED KINGDOM | GLEN DURRANT  PHONE: 0160377980 EMAIL: GLEN.DURRANT@WELLWISEGROUP. COM | Trade Payable | | | | $248,029 |
| 25 TAHOOS LOGISTICS AND PETROLEUM P.O.BOX.6953 DAMMAM,  32247 SAUDI ARABIA | SHAKEEL FAZAL  PHONE: +966 (0) 138022266/99 EMAIL: SHAKEEL@TAHOOSGROUP.COM | Trade Payable | | | | $244,090 |
| 26 TGT SERVICE LLC MAGISTRALNAYA STR., 59/1 KAZAN,  420108 RUSSIA | AZAMAT MAKASEHV  PHONE: 007 8432101774 EMAIL: AZAMAT.MAKASHEV@TGTOIL.COM | Trade Payable | | | | $242,438 |
| 27 ADVANCED TRAVEL PARTNERS INSTONE APTI 58 BRIDGE HOUSE, BRIDGE STREET ABERDEENSHIRE,  AB11 6JN UNITED KINGDOM | LYNN BUTTON  PHONE: +44 201 111 8664 EMAIL: LYNN.BUTTON@ATPI.COM | Trade Payable | | | | $242,070 |
| 28 SIEMENS SUBSEA EXCELLENCE CENTRE ULVERSTON,  LA12 9EE UNITED KINGDOM | BANK ADMIN TEAM  PHONE: 01229 580500 EMAIL: BANKADMIN@SIEMENS.COM | Trade Payable | | | | $228,716 |
| 29 CIEPTAL CARS SPA ZONE INDUSTRIELLE REGHAIA ZONE A GROUPE 124 LOT N° 06 REGHAIA,  16000 ALGERIA | KARIM HASSAIM  PHONE: 213 (0) 29 74 51 96-98 EMAIL: K.HASSAIM@CIEPTALCARS.COM | Trade Payable | | | | $228,656 |
| 30 KAMATO CATERING ROUT DE HASSI MESSAOUD (COTE MAISON HYUNDAI) ELGARA,  30000 ALGERIA | TAREK BENBRAHIM  PHONE: 213 (0) 66 05 02 027 EMAIL: KAMATO.CATERING@GMAIL.COM | Trade Payable | | | | $218,920 |
| 31 TRI-W GLOBAL INC 2120 EAST LOOP 281 LONGVIEW, TX  75605 UNITED STATES | ERIC AARON  PHONE: 001 903 758 0800 EMAIL: EAARON@TRI-W.COM | Trade Payable | | | | $216,859 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 32 | MEASURESOFT DEVELOPMENT LTD PARTNERSHIP COURTYARD THE RAMPARTS DUNDALK IRELAND,   AB21 0LQ UNITED KINGDOM | FERGAL CASSIDY PHONE: 003 53 42 933 2399 EMAIL: FERGAL.CASSIDY@MEASURESOFT.C OM | Trade Payable | | | | $214,784 |
| 33 | BAKER HUGHES LTD BAKER HUGHES INCORPORATED KIRKHILL ROAD INDUSTRIAL ESTATE ABERDEEN,   AB21 0GQ UNITED KINGDOM | ACCOUNTS RECEIVABLE TEAM PHONE: 01224 246600 EMAIL: ARCCCASHAPPLICATIONS@BAKERH UGHES.COM | Trade Payable | | | | $209,243 |
| 34 | WINGS CORPORATE TRAVEL (PTY) LTD 2ND FLOOR SOUTH TOWER NELSON MANDELA SQUARE JOHANNESBURG,   2146 SOUTH AFRICA | MRS ALNA SCHUTTE PHONE: +27 (0) 11 292 5291 EMAIL: ALNA.SCHUTTE@WINGS.TRAVEL | Trade Payable | | | | $205,685 |
| 35 | MUNIR M. AL-SHAKHURI EST. P.O. BOX 79 TAS TANURA, DHA  31941 SAUDI ARABIA | ARUN MUKUNDAN BUSINESS MANAGER PHONE: 966 13 6671394 EMAIL: MAIL@MMSKSA.COM | Trade Payable | | | | $198,277 |

**Fill in this information to identify the case and this filing:**

Debtor Name _____ Expro Americas, LLC _____

United States Bankruptcy Court for the: __Southern_____ District of __Texas____
                                                                           (State)

Case number (*If known*): _____17-60182_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule _____*

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 35 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a
   declaration_____ Corporate Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/18/2017_____          ✗  __/s/ John McAlister_____
            MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                            __John McAlister_____
                                            Printed name

                                            __General Counsel_____
                                            Position or relationship to debtor