## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>EXPRO HOLDINGS US INC., *et al.*, [1]<br><br>                    Debtors.<br><br>Tax ID No. [26-3459304] | Chapter 11<br><br>Case No. 17-60179 (DRJ)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Robert J. Rubel, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 24, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email on the Master Email Service List attached hereto as **Exhibit A**:

- (Proposed) Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement and Confirming the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 205]

- Debtors' Agenda for Hearing of Matters Set for January 25, 2018 [Docket No. 206]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are as follows: Expro Holdings US, Inc. (9304); Exploration and Production Services (Holdings) Ltd (4457); Expro (B) Sdn Bhd (BN) (4498); Expro Americas, LLC (6756); Expro Benelux Ltd. (4470); Expro do Brasil Servicos Ltda (5788); Expro Eurasia Ltd. (4463); Expro FinServices Sarl (5691); Expro Group Australia PTY Ltd. (4495); Expro Group Canada Inc. (1672); Expro Gulf Ltd. (4486); Expro Holdings Australia 1 PTY Ltd. (4386); Expro Holdings Australia 2 PTY Ltd. (4387); Expro Holdings Norway AS (2951); Expro Holdings UK 2 Ltd. (5169); Expro Holdings UK 3 Ltd (5168); Expro Holdings UK 4 Ltd. (5167); Expro International BV (4476); Expro International Group Holdings Ltd. (5170); Expro International Group Ltd. (4453); Expro International Ltd. (4461); Expro Meters Inc. (1666); Expro North Sea Ltd. (4460); Expro Norway AS (1675); Expro Overseas Inc. (4481); Expro Overseas Ltd. (4489); Expro Resources Ltd. (4472); Expro Servicos S de R L de C.V. (1674); Expro Tool S de R L de C.V. (1673); Expro Trinidad Ltd.; Expro US Finco LLC (7558); Expro US Holdings, LLC (1005); Expro Worldwide BV (1668); Exprotech Nigeria Ltd. (4478); Petrotech AS (5875); Petrotech BV (5888); PT Expro Indonesia (4491). The location of the Debtors' registered office is 14-16 Cross Street, 3rd Floor, Reading, Berkshire, RG1 1SN, United Kingdom.

On January 25, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Master Hardcopy Mailing List attached hereto as **Exhibit B**:

- (Proposed) Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement and Confirming the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 205]

Dated: January 25, 2018

/s/ Robert J. Rubel
Robert J. Rubel

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 25, 2018, by Robert J. Rubel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 20 21

**Exhibit A**

Exhibit A
Master Email Service List
Served by Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 35 Unsecured Creditor | Aberdeen City Council | Attn: Business Rates Team<br>Finance Department<br>Crown House<br>Aberdeen AB11 6BZ United Kingdom | BUSINESSRATES@ABERDEENCITY.GOV.UK |
| Top 35 Unsecured Creditor | Ac Valves & Control Limited | Attn: Drew Prescott<br>Unit 6, Interlinkway South Bardon<br>Coalville LE67 1PH United Kingdom | DREWP@ACVALVEALLIANCE.COM |
| Top 35 Unsecured Creditor | Advanced Travel Partners Instone Apti | Attn: Lynn Button<br>58 Bridge House, Bridge Street<br>Aberdeenshire AB11 6JN United Kingdom | LYNN.BUTTON@ATPI.COM |
| Top 35 Unsecured Creditor | Al-Khaldi Holding Company | Attn: Ahmed Fathy El-Sheikh<br>P.O. Box 30741<br>Al Khobar 31952 Saudi Arabia | AF.ELSHEIKH@AL-KHALDI.COM.SA |
| Top 35 Unsecured Creditor | Belmar Engineering Services Ltd | Attn: Brian Wood<br>Abbotswell Road<br>Aberdeen AB12 3AJ United Kingdom | ACCOUNTS@BELMAR.CO.UK |
| Top 35 Unsecured Creditor | Bin Quraya For Heavy Equipment Co. | Attn: T. Mangalabal<br>PO Box 83<br>Abqaiq 31992 Saudi Arabia | T.MANGALABAL@BINQURAYA.COM |
| Top 35 Unsecured Creditor | Cieptal Cars Spa | Attn: Karim Hassaim<br>Zone Industrielle Reghaia<br>Zone A Groupe 124 Lot N° 06<br>Reghaia 16000 Algeria | K.HASSAIM@CIEPTALCARS.COM |
| Top 35 Unsecured Creditor | Coast Center Base AS | Attn: Accounts Receivable Team<br>Postboks 55<br>Kystbasen Ågotn 5347 Norway | CCB@COASTCENTERBASE.NO |
| Counsel to the Ad Hoc Group of First Lien Lenders, Ad Hoc Committee of Term Loan Lenders | Davis Polk & Wardwell LLP | Attn: Damian S. Schaible, James I. McClammy, Christopher Robertson<br>450 Lexington Avenue<br>New York NY 10017 | damian.schaible@davispolk.com<br>james.mcclammy@davispolk.com<br>christopher.robertson@davispolk.com |
| Top 35 Unsecured Creditor | Eurl Bonatti Algerie | Attn: Giovanni Fidanza<br>B.P 1327 Route De L'Aéroport Irara<br>Hassi Messaoud 30500 Algeria | GIOVANNI.FIDANZA@BONATTI.IT |
| Top 35 Unsecured Creditor | Eurl Rig Geophysique | Attn: Khalil Tifour<br>37 Cite Mohamed Laid El Khalifa Bp<br>Hassi Messaoud 30500 Algeria | KHALIL.TIFOUR@RIGGEO.COM |
| Top 35 Unsecured Creditor | Eurl Zeggouni Realisation Et Services | Attn: Said Zeggouni<br>B.P. 338 - Hassi Messaoud<br>Hassi Messaoud 31000 Algeria | EURL.ZEGGOUNI@GMAIL.COM |

In re: Expro Holding US Inc., et al.
Case No. 17-60179 (DRJ)

Page 1 of 5

Exhibit A
Master Email Service List
Served by Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 35 Unsecured Creditor | Evercore Group LLC | Attn: David Andrews<br>55 East 52nd Street<br>New York NY 10055 | DAVID.ANDREWS@EVERCORE.COM |
| Counsel to DXP Enterprises, Inc. | GRAY REED & McGRAW LLP | Attn: Micheal W. Bishop<br>1601 Elm Street, Suite 4600<br>Dallas TX 75201 | mbishop@grayreed.com |
| Counsel to the Ad Hoc Group of First Lien Lenders | Haynes and Boone, LLP | Attn: Charles A. Beckham, Jr., Kelli S. Norfleet, Kelsey Zottnick<br>1221 McKinney Street, Suite 2100<br>Houston TX 77010 | charles.beckham@haynesboone.com<br>kelli.norfleet@haynesboone.com<br>kelsey.zottnick@haynesboone.com |
| Administrative Agent under the Credit Agreement, dated September 2, 2014 | HSBC Bank USA, National Association | Attn: Joseph A. Lloret, Margaret E Richards<br>452 Fifth Avenue<br>New York NY 10018 | joseph.a.lloret@us.hsbc.com<br>margaret.e.richards@us.hsbc.com |
| Top 35 Unsecured Creditor | Hunting Energy Services | Attn: Graeme Raffan<br>Badentoy Avenue<br>Badentoy Industrial Park, Portlethen<br>Aberdeen AB12 4YB United Kingdom | GRAEME.RAFFAN@HUNTING-INTL.COM |
| Top 35 Unsecured Creditor | Hunting Titan Inc | Attn: Alphie Wright<br>11785 Hwy 152<br>Pampa TX 79065-2316 | ALPHIE.WRIGHT@HUNTING-INTL.COM |
| Co-Counsel to Debtor | Jackson Walker, LLP | Attn: Patricia B. Tomasco<br>1401 McKinney Street<br>Suite 1900<br>Houston TX 77010 | ptomasco@jw.com |
| Top 35 Unsecured Creditor | Kamato Catering | Attn: Tarek Benbrahim<br>Rout De Hassi Messaoud<br>(Cote Maison Hyundai)<br>Elgara 30000 Algeria | KAMATO.CATERING@GMAIL.COM |
| Counsel to the Ad Hoc Group of Shareholders | Kirkland & Ellis LLP | Attn: Christopher Marcus<br>601 Lexington Avenue<br>New York NY 10022 | cmarcus@kirkland.com |
| Counsel to De Witt County and Nueces County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | austin.bankruptcy@publicans.com |
| Counsel to Matagorda County, Harris County, Cypress-Fairbanks ISD | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com |

Exhibit A
Master Email Service List
Served by Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 35 Unsecured Creditor | Marsh Pb Coltd | Attn: Khun Nopawan<br>0Th Fl Ubc Ii Building Sukhumvit<br>Bangkok 10110 Thailand | NOPPAWAN.NONTHALUGSNE@MERCERMARSHBENEFITS.COM |
| Top 35 Unsecured Creditor | MCR Oil Tools LLC | Attn: Sandra Tapia<br>7315 Business Pl<br>Arlington TX 76001 | SANDRA.TAPIA@MCROILTOOLS.COM |
| Top 35 Unsecured Creditor | Measuresoft Development Ltd | Attn: Fergal Cassidy<br>Partnership Courtyard<br>The Ramparts, Dundalk<br>Ireland AB21 0LQ United Kingdom | FERGAL.CASSIDY@MEASURESOFT.COM |
| Top 35 Unsecured Creditor | Munir M. Al-Shakhuri Est. | Attn: Arun Mukundan<br>P.O. Box 79<br>DHA<br>Tas Tanura 31941 Saudi Arabia | MAIL@MMSKSA.COM |
| Top 35 Unsecured Creditor | National Oilwell Varco UK Limited | Attn: Alan Venters<br>Suit 12, Kirkton Avenue<br>Pitmedden Industrial Estate<br>Aberdeen AB21 0BF United Kingdom | ALAN.VENTERS@NOV.COM |
| Top 35 Unsecured Creditor | Nov Elmar | Attn: Andrew Douglas<br>Previously Nov Asep Elmar<br>Unit 10, Enterprise Drive, Westhill<br>Industrial Estate, Westhill<br>Aberdeen AB32 6TQ United Kingdom | ANDREW.DOUGLAS@NOV.COM |
| Top 35 Unsecured Creditor | Nov Elmar (Middle East) Limited | Attn: Binoy Zacharia<br>B-17 Oils Fields Supply Center<br>Jebel Ali Free Zone<br>Dubai United Arab Emirates | BINOY.ZACHARIA@NOV.COM |
| Office of The Attorney General - Montana | Office of The Attorney General - Montana | Attn: Tim Fox<br>Justice Building, Third Floor, 215 North Sanders<br>P.O. Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov |
| United States Trustee Southern District of Texas | Office of the United States Trustee | Attn: Hector Duran, Stephen Douglas Statham<br>515 Rusk Ave<br>Suite 3516<br>Houston TX 77002 | USTP.Region07@usdoj.gov<br>Hector.Duran.Jr@usdoj.gov<br>stephen.statham@usdoj.gov |

Exhibit A
Master Email Service List
Served by Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 35 Unsecured Creditor | Oil Consultants Ltd | Attn: Susan Stinton<br>Parsons House<br>Parsons Industrial Estate<br>Washington NE37 1EZ United Kingdom | ACCOUNTS@OIL-CONSULTANTS.NET |
| Counsel to Debtor | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Kellie A. Cairns, Kyle Kimpler<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | kkimpler@paulweiss.com<br>kcairns@paulweiss.com<br>bhermann@paulweiss.com<br>aeaton@paulweiss.com<br>sharnett@paulweiss.com<br>awoolverton@paulweiss.com<br>sthaper@paulweiss.com<br>mlevi@paulweiss.com |
| Top 35 Unsecured Creditor | Petro Halli | Attn: Benamokrane Salim<br>Cite 200 Logements Bt G2 No 89<br>Hassi Messaoud 30500 Algeria | HALLICOMPANY@YAHOO.FR |
| Top 35 Unsecured Creditor | Roota Engineering Ltd. | Attn: Ted Stroud<br>Unit D1 Harrison Street<br>Rotherham S61 1EE United Kingdom | TEDSTROUD@ROOTA.CO.UK |
| Top 35 Unsecured Creditor | Sarl Grand Travaux Location Materiel- Gtlm | Attn: Guarir Ameur<br>Cite Chekh El Mokrani N° 02<br>Hassi Messaoud 30500 Algeria | SARL.GTLM@YAHOO.COM |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F St NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Fort Worth Office | David Woodcock Regional Director<br>Burnett Plaza<br>801 Cherry St Ste 1900 Unit 18<br>Fort Worth TX 76102 | dfw@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov |
| Counsel to Select Portfolio Servicing, Inc. as mortgage servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 | Shapiro Schwartz, LLP | Attn: H. Gray Burks, IV<br>13105 Northwest Freeway<br>Suite 1200<br>Houston TX 77040 | gburks@logs.com |
| Top 35 Unsecured Creditor | Sonils Integrated Logistic Services | Attn: Julia Vicente<br>26 Rua Dr Alfredo Troni<br>Luanda Angola | Julia.vicente@sonils.co.ao |

Exhibit A
Master Email Service List
Served by Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 35 Unsecured Creditor | Standard Life Investments UK Real Estate Fund | Attn: Global Client Management<br>1 George Street<br>Edinburgh EH2 2LL United Kingdom | GLOBALCLIENTMANAGEMENT@STANDARDLIFE.COM |
| Counsel to HSBC | Sullivan & Cromwell LLP | Attn: Christ Beatty<br>1 New Fetter Lane<br>London EC4A 1AN United Kingdom | beattyc@sullcrom.com |
| Top 35 Unsecured Creditor | Tahoos Logistics and Petroleum | Attn: Shakeel Fazal<br>P.O. Box 6953<br>Dammam 32247 Saudi Arabia | SHAKEEL@TAHOOSGROUP.COM |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Texas Comptroller of Public Accounts | Attn: Jason A. Starks, Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin TX 78711-2548 | jason.starks@oag.texas.gov |
| Top 35 Unsecured Creditor | Tgt Service LLC | Attn: Azamat Makasehv<br>Magistralnaya Str., 59/1<br>Kazan 420108 Russia | AZAMAT.MAKASHEV@TGTOIL.COM |
| Top 35 Unsecured Creditor | Tri-W Global Inc | Attn: Eric Aaron<br>2120 East Loop 281<br>Longview TX 75605 | EAARON@TRI-W.COM |
| United States Attorney for the Southern District of Texas | United States Attorney for Southern District of Texas | Kenneth Magidson<br>One Shoreline Plaza South Tower<br>800 N Shoreline Blvd Ste 500<br>Corpus Christi TX 78401 | usatxs.atty@usdoj.gov |
| Top 35 Unsecured Creditor | Vector Supplies Ltd | Attn: Dave Mcbeath<br>Unit 4B, Wellheads Way, Dyce<br>Aberdeen AB21 7GA United Kingdom | DAVE@VECTOR-SUPPLIES.LTD.UK |
| Top 35 Unsecured Creditor | Wings Corporate Travel (PTY) Ltd. | Attn: Alna Schutte<br>2nd Floor South Tower<br>Nelson Mandela Square<br>Johannesburg 2146 South Africa | ALNA.SCHUTTE@WINGS.TRAVEL |

**Exhibit B**

Exhibit B
Master Hardcopy Service List
Served by First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Top 35 Unsecured Creditor | Aberdeen City Council | Attn: Business Rates Team<br>Finance Department<br>Crown House<br>Aberdeen AB11 6BZ United Kingdom |
| Top 35 Unsecured Creditor | Ac Valves & Control Limited | Attn: Drew Prescott<br>Unit 6, Interlinkway South Bardon<br>Coalville LE67 1PH United Kingdom |
| Top 35 Unsecured Creditor | Advanced Travel Partners Instone Apti | Attn: Lynn Button<br>58 Bridge House, Bridge Street<br>Aberdeenshire AB11 6JN United Kingdom |
| Top 35 Unsecured Creditor | Al-Khaldi Holding Company | Attn: Ahmed Fathy El-Sheikh<br>P.O. Box 30741<br>Al Khobar 31952 Saudi Arabia |
| Top 35 Unsecured Creditor | Baker Hughes Ltd | Attn: Accounts Receivable Team<br>Baker Hughes Incorporated<br>Kirkhill Road Industrial Estate<br>Aberdeen AB21 0GQ United Kingdom |
| Facility Agent under the Mezzanine Facility Agreement, dated July 14, 2008 | Bank of New York Mellon | Attn: President or Counsel<br>1 Canada Square, Canary Wharf<br>London E14 5AJ United Kingdom |
| Top 35 Unsecured Creditor | Belmar Engineering Services Ltd | Attn: Brian Wood<br>Abbotswell Road<br>Aberdeen AB12 3AJ United Kingdom |
| Top 35 Unsecured Creditor | Bin Quraya For Heavy Equipment Co. | Attn: T. Mangalabal<br>PO Box 83<br>Abqaiq 31992 Saudi Arabia |
| Top 35 Unsecured Creditor | Cieptal Cars Spa | Attn: Karim Hassaim<br>Zone Industrielle Reghaia<br>Zone A Groupe 124 Lot N° 06<br>Reghaia 16000 Algeria |

Exhibit B
Master Hardcopy Service List
Served by First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Top 35 Unsecured Creditor | Coast Center Base AS | Attn: Accounts Receivable Team<br>Postboks 55<br>Kystbasen Ågotn 5347 Norway |
| Counsel to the Ad Hoc Group of First Lien Lenders, Ad Hoc Committee of Term Loan Lenders | Davis Polk & Wardwell LLP | Attn: Damian S. Schaible, James I. McClammy, Christopher Robertson<br>450 Lexington Avenue<br>New York NY 10017 |
| Environmental Protection Agency (Texas/Louisiana/Oklahoma) - Region 6 | Environmental Protection Agency | Attn: Bankruptcy Division<br>1445 Ross Avenue Ste 1200<br>Dallas TX 75202 |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division<br>290 Broadway<br>New York NY 10007-1866 |
| Top 35 Unsecured Creditor | Eurl Bonatti Algerie | Attn: Giovanni Fidanza<br>B.P 1327 Route De L'Aéroport Irara<br>Hassi Messaoud 30500 Algeria |
| Top 35 Unsecured Creditor | Eurl Rig Geophysique | Attn: Khalil Tifour<br>37 Cite Mohamed Laid El Khalifa Bp<br>Hassi Messaoud 30500 Algeria |
| Top 35 Unsecured Creditor | Eurl Zeggouni Realisation Et Services | Attn: Said Zeggouni<br>B.P. 338 - Hassi Messaoud<br>Hassi Messaoud 31000 Algeria |
| Top 35 Unsecured Creditor | Evercore Group LLC | Attn: David Andrews<br>55 East 52nd Street<br>New York NY 10055 |
| Counsel to DXP Enterprises, Inc. | GRAY REED & McGRAW LLP | Attn: Micheal W. Bishop<br>1601 Elm Street, Suite 4600<br>Dallas TX 75201 |

Exhibit B
Master Hardcopy Service List
Served by First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to the Ad Hoc Group of First Lien Lenders | Haynes and Boone, LLP | Attn: Charles A. Beckham, Jr., Kelli S. Norfleet, Kelsey Zottnick<br>1221 McKinney Street, Suite 2100<br>Houston TX 77010 |
| Administrative Agent under the Credit Agreement, dated September 2, 2014 | HSBC Bank USA, National Association | Attn: Joseph A. Lloret, Margaret E Richards<br>452 Fifth Avenue<br>New York NY 10018 |
| Top 35 Unsecured Creditor | Hunting Energy Services | Attn: Graeme Raffan<br>Badentoy Avenue<br>Badentoy Industrial Park, Portlethen<br>Aberdeen AB12 4YB United Kingdom |
| Top 35 Unsecured Creditor | Hunting Titan Inc | Attn: Alphie Wright<br>11785 Hwy 152<br>Pampa TX 79065-2316 |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| Top 35 Unsecured Creditor | Kamato Catering | Attn: Tarek Benbrahim<br>Rout De Hassi Messaoud<br>(Cote Maison Hyundai)<br>Elgara 30000 Algeria |
| Counsel to the Ad Hoc Group of Shareholders | Kirkland & Ellis LLP | Attn: Christopher Marcus<br>601 Lexington Avenue<br>New York NY 10022 |
| Counsel to De Witt County and Nueces County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 |

Exhibit B
Master Hardcopy Service List
Served by First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to Matagorda County, Harris County, Cypress-Fairbanks ISD | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 |
| Top 35 Unsecured Creditor | Marsh Pb Coltd | Attn: Khun Nopawan<br>0Th Fl Ubc Ii Building Sukhumvit<br>Bangkok 10110 Thailand |
| Top 35 Unsecured Creditor | MCR Oil Tools LLC | Attn: Sandra Tapia<br>7315 Business Pl<br>Arlington TX 76001 |
| Top 35 Unsecured Creditor | Measuresoft Development Ltd | Attn: Fergal Cassidy<br>Partnership Courtyard<br>The Ramparts, Dundalk<br>Ireland AB21 0LQ United Kingdom |
| Top 35 Unsecured Creditor | Munir M. Al-Shakhuri Est. | Attn: Arun Mukundan<br>P.O. Box 79<br>DHA<br>Tas Tanura 31941 Saudi Arabia |
| Top 35 Unsecured Creditor | National Oilwell Varco UK Limited | Attn: Alan Venters<br>Suit 12, Kirkton Avenue<br>Pitmedden Industrial Estate<br>Aberdeen AB21 0BF United Kingdom |
| Top 35 Unsecured Creditor | Nov Elmar | Attn: Andrew Douglas<br>Previously Nov Asep Elmar<br>Unit 10, Enterprise Drive, Westhill Industrial Estate, Westhill<br>Aberdeen AB32 6TQ United Kingdom |
| Top 35 Unsecured Creditor | Nov Elmar (Middle East) Limited | Attn: Binoy Zacharia<br>B-17 Oils Fields Supply Center<br>Jebel Ali Free Zone<br>Dubai United Arab Emirates |

Exhibit B
Master Hardcopy Service List
Served by First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Office of The Attorney General - Alabama | Office of The Attorney General - Alabama | Attn: Steven Marshall<br>501 Washington Avenue<br>Montgomery AL 36104 |
| Office of The Attorney General - Alaska | Office of The Attorney General - Alaska | Attn: Jahna Lindemuth<br>1031 West 4th Avenue<br>Suite 200<br>Anchorage  AK 99501 |
| Office of The Attorney General - Arkansas | Office of The Attorney General - Arkansas | Attn: Leslie Rutledge<br>323 Center Street<br>Suite 200<br>Little Rock AR 72201 |
| Office of The Attorney General - California | Office of The Attorney General - California | Attn: Xavier Becerra<br>P.O. Box 944255<br>Sacramento CA 94244-2550 |
| Office of The Attorney General - Colorado | Office of The Attorney General - Colorado | Attn: Cynthia H. Coffman<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver CO 80203 |
| Office of The Attorney General - Delaware | Office of The Attorney General - Delaware | Attn: Matthew Denn<br>Carvel State Building<br>820 N. French St.<br>Wilmington DE 19801 |
| Office of The Attorney General - Florida | Office of The Attorney General - Florida | Attn: Pam Bondi<br>The Capitol PL-01<br>Tallahassee FL 32399-1050 |
| Office of The Attorney General - Iowa | Office of The Attorney General - Iowa | Attn: Tom Miller<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines IA 50319 |

Exhibit B
Master Hardcopy Service List
Served by First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Office of The Attorney General - Kansas | Office of The Attorney General - Kansas | Attn: Derek Schmidt<br>120 SW 10th Ave.<br>2nd Floor<br>Topeka KS 66612 |
| Office of The Attorney General - Louisiana | Office of The Attorney General - Louisiana | Attn: Jeff Landry<br>1885 North Third Street<br>Baton Rouge LA 70802 |
| Office of The Attorney General - Mississippi | Office of The Attorney General - Mississippi | Attn: Jim Hood<br>Walter Sillers Building<br>550 High Street, Suite 1200<br>Jackson MS 39201 |
| Office of The Attorney General - Missouri | Office of The Attorney General - Missouri | Attn: Josh Hawley<br>Supreme Court Building, 207 W. High St.<br>P.O. Box 899<br>Jefferson City MO 65102 |
| Office of The Attorney General - Montana | Office of The Attorney General - Montana | Attn: Tim Fox<br>Justice Building, Third Floor, 215 North Sanders<br>P.O. Box 201401<br>Helena MT  59620-1401 |
| United States Trustee Southern District of Texas | Office of the United States Trustee | Attn: Hector Duran, Stephen Douglas Statham<br>515 Rusk Ave<br>Suite 3516<br>Houston TX 77002 |
| Top 35 Unsecured Creditor | Oil Consultants Ltd | Attn: Susan Stinton<br>Parsons House<br>Parsons Industrial Estate<br>Washington NE37 1EZ United Kingdom |
| Top 35 Unsecured Creditor | Petro Halli | Attn: Benamokrane Salim<br>Cite 200 Logements Bt G2 No 89<br>Hassi Messaoud 30500 Algeria |

Exhibit B
Master Hardcopy Service List
Served by First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Top 35 Unsecured Creditor | Roota Engineering Ltd. | Attn: Ted Stroud<br>Unit D1 Harrison Street<br>Rotherham S61 1EE United Kingdom |
| Top 35 Unsecured Creditor | Sarl Grand Travaux Location Materiel- Gtlm | Attn: Guarir Ameur<br>Cite Chekh El Mokrani N° 02<br>Hassi Messaoud 30500 Algeria |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F St NE<br>Washington DC 20549 |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Fort Worth Office | David Woodcock Regional Director<br>Burnett Plaza<br>801 Cherry St Ste 1900 Unit 18<br>Fort Worth TX 76102 |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street Ste 400<br>New York NY 10281-1022 |
| Counsel to Select Portfolio Servicing, Inc. as mortgage servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 | Shapiro Schwartz, LLP | Attn: H. Gray Burks, IV<br>13105 Northwest Freeway<br>Suite 1200<br>Houston TX 77040 |
| Top 35 Unsecured Creditor | Sonils Integrated Logistic Services | Attn: Julia Vicente<br>26 Rua Dr Alfredo Troni<br>Luanda Angola |
| Top 35 Unsecured Creditor | Standard Life Investments UK Real Estate Fund | Attn: Global Client Management<br>1 George Street<br>Edinburgh EH2 2LL United Kingdom |

In re:  Expro Holding US Inc., *et al.*
Case No. 17-60179 (DRJ)

Exhibit B
Master Hardcopy Service List
Served by First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to HSBC | Sullivan & Cromwell LLP | Attn: Christ Beatty<br>1 New Fetter Lane<br>London EC4A 1AN United Kingdom |
| Top 35 Unsecured Creditor | Tahoos Logistics and Petroleum | Attn: Shakeel Fazal<br>P.O. Box 6953<br>Dammam 32247 Saudi Arabia |
| Texas Attorney General | Texas Attorney General | Civil Division<br>P.O. Box 12548<br>Austin TX 78711-2548 |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Texas Comptroller of Public Accounts | Attn: Jason A. Starks, Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin TX 78711-2548 |
| Top 35 Unsecured Creditor | Tgt Service LLC | Attn: Azamat Makasehv<br>Magistralnaya Str., 59/1<br>Kazan 420108 Russia |
| Top 35 Unsecured Creditor | Tri-W Global Inc | Attn: Eric Aaron<br>2120 East Loop 281<br>Longview TX 75605 |
| United States Attorney for the Southern District of Texas | United States Attorney for Southern District of Texas | Kenneth Magidson<br>One Shoreline Plaza South Tower<br>800 N Shoreline Blvd Ste 500<br>Corpus Christi TX 78401 |
| United States Environmental Protection Agency (Alaska) | United States Environmental Protection Agency (Alaska) Building | Attn: Bankruptcy Division<br>222 W 7th Ave #537<br>Anchorage AK 99513 |
| United States Environmental Protection Agency (Connecticut) | United States Environmental Protection Agency (Connecticut) Building | Attn: Bankruptcy Division<br>888 Washington Blvd<br>Stamford CT 06901 |

Exhibit B
Master Hardcopy Service List
Served by First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| United States Environmental Protection Agency (Louisiana) | United States Environmental Protection Agency (Louisiana) Building | Attn: Bankruptcy Division<br>6100 Corporate Blvd<br>Baton Rouge LA 70808 |
| United States Environmental Protection Agency (Mississippi) | United States Environmental Protection Agency (Mississippi) Building | Attn: Bankruptcy Division<br>515 E Amite St<br>Jackson MS 39201 |
| United States Environmental Protection Agency (Oklahoma) | United States Environmental Protection Agency (Oklahoma) Building | Attn: Bankruptcy Division<br>1645 S 101st E Ave # 134<br>Tulsa OK 74128 |
| United States Environmental Protection Agency (California) | US EPA Region 1 | Attn: Bankruptcy Division<br>5 Post Office Square<br>Suite 100<br>Boston MA 02109-3912 |
| United States Environmental Protection Agency (Pennsylvania) | US EPA Region 3 | Attn: Bankruptcy Division<br>1650 Arch Street<br>Philadelphia  PA 19103-2029 |
| United States Environmental Protection Agency (Mississippi) | US EPA Region 4 | Attn: Bankruptcy Division<br>Sam Nunn Atlanta Federal Center<br>61 Forsyth Street, SW<br>Atlanta GA 30303-8960 |
| United States Environmental Protection Agency (Wyoming) | US EPA Region 8 | Attn: Bankruptcy Division<br>8OC-EISC<br>1595 Wynkoop Street<br>Denver CO  80202-1129 |
| Top 35 Unsecured Creditor | Vector Supplies Ltd | Attn: Dave Mcbeath<br>Unit 4B, Wellheads Way, Dyce<br>Aberdeen AB21 7GA United Kingdom |

Exhibit B
Master Hardcopy Service List
Served by First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Wells Fargo Vendor Financial Services LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Program f/d/b/a Ikon Financial Services | Wells Fargo Vendor Financial Services LLC | Attn: Christine R. Etheridge<br>1738 Bass Road<br>PO Box 13708<br>Macon GA 31208-3708 |
| Top 35 Unsecured Creditor | Wellwise Oilfield Services Ltd | Attn: Glen Durrant<br>Crossways Business Centre<br>Stalham Road<br>Hoveton NK NR12 8DJ United Kingdom |
| Top 35 Unsecured Creditor | Wings Corporate Travel (PTY) Ltd. | Attn: Alna Schutte<br>2nd Floor South Tower<br>Nelson Mandela Square<br>Johannesburg 2146 South Africa |