**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
01/25/2018

| | |
|---|---|
| In re: | **Chapter 11** |
| **EXPRO HOLDINGS UK3 LTD.,** *et al.*,[1] | **Case No. 17-60179 (DRJ)** |
| **Debtors.** | **(Jointly Administered)** |

**FINAL ORDER (I) AUTHORIZING USE OF THE DEBTORS'
EXISTING CASH MANAGEMENT SYSTEM; (II) AUTHORIZING
AND DIRECTING BANKS AND FINANCIAL INSTITUTIONS TO
HONOR AND PROCESS CHECKS AND TRANSFERS; (III) AUTHORIZING
CONTINUED USE AND SATISFACTION OF INTERCOMPANY TRANSACTIONS;
(IV) AUTHORIZING THE DEBTORS TO USE EXISTING BANK ACCOUNTS AND
EXISTING BUSINESS FORMS, AND (V) GRANTING RELATED RELIEF**

(Relates to Docket Nos. 14 & 80)

Upon the Motion[2] of the above-captioned debtors and debtors in possession (each

a "Debtor" and, collectively, the "Debtors"), for entry of interim and final orders pursuant to

sections 105(a), 345(b), 363(c)(1), 364(a), and 503(b)(1) of title 11 of the United States Code, 11

U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and rules 6003 and 6004 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), (i) authorizing the Debtors to use their existing

cash management system, (ii) authorizing and directing banks and financial institutions to honor

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are as follows: Expro Holdings US, Inc. (9304); Exploration and Production Services (Holdings) Ltd (4457); Expro (B) Sdn Bhd (BN) (4498); Expro Americas, LLC (6756); Expro Benelux Ltd. (4470); Expro do Brasil Servicos Ltda (5788); Expro Eurasia Ltd. (4463);  Expro FinServices Sarl (5691); Expro Group Australia PTY Ltd. (4495); Expro Group Canada Inc. (1672); Expro Gulf Ltd. (4486);  Expro Holdings Australia 1 PTY Ltd. (4386); Expro Holdings Australia 2 PTY Ltd. (4387); Expro Holdings Norway AS (2951); Expro Holdings UK 2 Ltd. (5169); Expro Holdings UK 3 Ltd (5168); Expro Holdings UK 4 Ltd. (5167); Expro International BV (4476); Expro International Group Holdings Ltd. (5170); Expro International Group Ltd. (4453); Expro   International Ltd. (4461); Expro Meters Inc. (1666); Expro  North Sea Ltd. (4460); Expro Norway AS (1675); Expro Overseas Inc. (4481); Expro Overseas Ltd. (4489); Expro Resources Ltd. (4472); Expro Servicos S de R L de C.V. (1674); Expro Tool S de R L de C.V. (1673); Expro Trinidad Ltd.; Expro US Finco LLC (7558); Expro US Holdings, LLC (1005); Expro Worldwide BV (1668); Exprotech Nigeria Ltd. (4478); Petrotech AS (5875); Petrotech BV (5888); PT Expro Indonesia (4491).  The location of the Debtors' registered office is 14-16 Cross Street, 3rd Floor, Reading, Berkshire, RG1 1SN, United Kingdom.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and process checks and transfers, (iii) authorizing the continuation and satisfaction of Intercompany Transactions (as defined below), (iv) authorizing the Debtors to use their existing bank accounts and existing business forms, and (v) granting such other and further relief as the Court deems just and proper, all as more fully described in the Motion; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and a hearing having been held to consider the relief requested in the Motion; and upon consideration of the First Day Declaration; and upon the record of the hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.      The Motion is hereby GRANTED on a final basis to the extent provided herein.

2.      The Debtors are authorized and empowered to continue to manage their cash in accordance with their existing Cash Management System, including use of the Cash Pools and engaging in Non-Pool Intercompany Transfers with other Debtors, and to collect, concentrate, and disburse cash in accordance with such Cash Management System.

3.      The Debtors are authorized to (a) designate, maintain, and use any or all of the Bank Accounts in existence as of the Petition Date, including the Bank Accounts listed on

Schedule 1 annexed hereto, (b) deposit funds into and withdraw funds from such Bank Accounts by all usual means, including checks, wire transfers, and other debits and credits, and (c) treat their prepetition Bank Accounts for all purposes as debtor-in-possession accounts.

4.      The Debtors are authorized, but not directed, to engage in Non-Pool Intercompany Transfers with non-Debtor subsidiaries and affiliates in an aggregate amount not to exceed $1 million per month; *provided* that the Debtors shall not engage in any Non-Pool Intercompany Transfers with non-Debtor subsidiaries and affiliates without the written consent of the requisite lenders under the Debtors' post-petition secured debtor-in-possession facility (such consent not to be unreasonably withheld).

5.      The existing deposit agreements between the Debtors and any Cash Management Bank shall continue to govern the postpetition cash management relationship between the Debtors and such Cash Management Banks, and all provisions of such agreements, including, without limitation, the termination and fee provisions and any provisions related to the netting of negative and positive cash balances in the Cash Pool, shall remain in full force and effect.

6.      The Debtors are authorized to continue their multi-currency overdraft facility arrangements with HSBC Bank plc. and the parties thereto shall be bound to the terms of such agreements.  Expro Holdings UK 4 Limited is hereby authorized to continue to perform all its obligations under the Debtor-in-Possession Overdraft Facilities Agreement ("Overdraft Facilities Agreement") between Expro Holdings UK 4 Limited and HSBC Bank plc, as Overdraft Facilities Provider, and to perform such other and further acts as may be necessary or appropriate in connection therewith.  HSBC is expressly permitted to conduct cash management and netting as contemplated by the Overdraft Facilities Agreement or otherwise as presently conducted.

7.      The Debtors and the Cash Management Banks may, without further order of the Court, agree to and implement changes to the cash management systems and procedures in the ordinary course of business, including, without limitation the opening and closing of bank accounts.

8.      Notwithstanding anything to the contrary in any other order of this Court, the Cash Management Banks (a) are authorized to accept and honor all representations from the Debtors as to which checks, drafts, wires, or ACH transfers should be honored or dishonored, consistent with any orders of this Court and governing law, whether such checks, drafts, wires, or ACH transfers are dated prior to, on, or subsequent to the Petition Date, and whether the Cash Management Banks believe the payment is or is not authorized by an order of this Court, (b) have no duty to inquire as to whether such payments are authorized by an order of this Court, and (c) such Cash Management Banks shall not incur, and each is hereby released from, any liability for relying upon a Debtor's instruction as to which checks, drafts, wires or ACH transfers should be honored or dishonored or for such Bank's inadvertence in honoring any check, draft, wire or ACH payment at variance from a Debtor's instructions unless such inadvertence constituted gross negligence or willful misconduct on the part of such Cash Management Bank.  The Debtors shall place stop payment orders on any checks that are not to be honored by the Cash Management Banks.

9.      The Cash Management Banks shall not be liable to any party on account of (a) following the Debtors' instructions or representations as to any order of this Court, (b) the honoring of any prepetition check or item in a good faith belief that this Court has authorized such prepetition check or item to be honored, or (c) an inadvertent mistake made despite implementation

of reasonable item handling procedures, unless such inadvertence constituted gross negligence or willful misconduct on the part of such Cash Management Bank.

10.     Nothing contained herein shall prevent the Debtors from closing any of their Bank Accounts or opening any additional bank accounts (which shall be deemed Bank Accounts under this Final Order), and any relevant bank is authorized to honor the Debtors' request to close or open such Bank Accounts or additional bank accounts, as the case may be; provided, however, that to the extent the Debtors open any additional bank accounts or close any Bank Accounts, the Debtors shall give notice of an account opening or closure to the U.S. Trustee, any statutory committee appointed in these Chapter 11 Cases, and counsel to the ad hoc group of first lien lenders.

11.     The Cash Management Banks, in accordance with current practice and the agreement governing the Bank Accounts, are authorized to "charge back" to the Debtors' accounts any amounts incurred by the Cash Management Banks resulting from returned checks or other returned items, and the Debtors are authorized to pay any fees and expenses owed to the Cash Management Banks, in each case regardless of whether such items were deposited prepetition or postpetition or relate to prepetition or postpetition items.  Each of the Debtors' Cash Management Banks is authorized to debit the Debtors' accounts in the ordinary course of business without the need for further order of this Court for: (a) all checks drawn on the Debtors' Bank Accounts which are cashed at such Bank's counters or exchanged for cashier's checks by the payees thereof prior to the Petition Date or after the Petition Date; (b) all checks or other items deposited in one of Debtors' Bank Accounts with such Cash Management Bank prior to the Petition Date or after the Petition Date which have been dishonored or returned unpaid for any reason, together with any fees and costs in connection therewith, to the same extent the Debtors were responsible for such

items prior to the Petition Date; and (c) all undisputed prepetition and postpetition amounts outstanding as of the date hereof, if any, owed to any Cash Management Bank as service charges for the maintenance of the Cash Management System.

12.     The Debtors are authorized to continue to enter into and perform under postpetition Intercompany Transactions with other Group Members, including but not limited to obtaining unsecured credit and incurring unsecured debt from other Debtors pursuant to section 364(a) of the Bankruptcy Code, in the ordinary course of business without notice and a hearing. Notwithstanding the foregoing, the Debtors shall not enter into any Intercompany Financing Transactions with non-Debtor subsidiaries and affiliates.  The Debtors shall continue to maintain records with respect to all transfers of cash or property (including pursuant to such transactions) so that all Intercompany Transactions may be readily ascertained, traced, and recorded properly on applicable intercompany accounts, and provide reasonable access to such records to counsel to the lenders under the Debtors' postpetition secured debtor-in-possession facility.

13.     Any claim arising from (i) postpetition Intercompany Transactions or (ii) the Overdraft Facilities Agreement or cash management activities permitted by this Order between the Debtors and HSBC shall be treated as an administrative expense in accordance with sections 503(b) and 507(a)(2) of the Bankruptcy Code.

14.     Notwithstanding anything to the contrary in this Order, any payment made, or authorization contained, hereunder shall be subject to the requirements imposed on the Debtors under any order of this Court approving the Debtors' post-petition secured debtor-in-possession financing and use of cash collateral (the "DIP Order"), including any budgets in connection therewith.  In the event of any inconsistency between the terms of the DIP Order and the terms of this Order or any action proposed to be taken hereunder, the terms of the DIP Order shall govern.

15.     For all Cash Management Banks that are party to a Uniform Depository Agreement with the U.S. Trustee, within fifteen (15) business days of the date of entry of this Final Order, the Debtors shall (a) contact such Cash Management Bank, (b) provide the Cash Management Bank with each of the Debtors' tax identification numbers, and (c) identify each of their Bank Accounts held at such Cash Management Banks as being held by a debtor-in-possession in a bankruptcy case.

16.     The Debtors are authorized to use their existing business forms; provided, that once the Debtors' existing check stock has been exhausted, the Debtors shall include, or direct others to include, the designation "Debtor-in-Possession" and the corresponding bankruptcy case number on all checks as soon as it is reasonably practicable to do so.

17.     The Debtors are authorized to deposit and invest their cash and cash equivalents in the Bank Accounts consistent with their prepetition practices and the Cash Management System, subject to the Debtors complying with the requirements of Section 345 of the Bankruptcy Code by March 1, 2018; provided that upon the effective date of the Debtors' *Joint Prepackaged Chapter 11 Plan of Reorganization of Expro Holdings US Inc. and its Affiliated Debtors*, the Debtors' obligation to comply with the requirements of section 345 of the Bankruptcy Code is moot.

18.     The Debtors are authorized, but not directed, to issue new postpetition checks, or effect new electronic funds transfers, on account of payments of prepetition obligations and claims approved by Court order, and to replace any prepetition checks or electronic fund transfer requests that may be lost or dishonored or rejected as a result of the commencement of the Chapter 11 Cases.

19.     The banks and financial institutions on which checks were drawn or electronic payment requests made in payment of the prepetition obligations approved herein or by separate "first day" orders of the Court are authorized to receive, process, honor and pay all such checks and electronic payment requests when presented for payment, and all such banks and financial institutions are authorized to rely on the Debtors' designation of any particular check or electronic payment request as approved by this Order or by separate "first day" orders of the Court.

20.     Nothing contained in the Motion or this Final Order shall be construed to (a) create or perfect, in favor of any person or entity, any interest in cash of a Debtor that did not exist as of the Petition Date or (b) alter or impair any security interest or perfection thereof, in favor of any person or entity, that existed as of the Petition Date.

21.     Notwithstanding use of a consolidated Cash Management System, the Debtors shall calculate quarterly fees under 28 U.S.C. § 1930(a)(6) based on the disbursements of each Debtor.

22.     Nothing contained in the Motion or this Final Order, nor any payment made pursuant to the authority granted by this Final Order is intended to be, or shall be construed as, (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors, (iii) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (iv) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

23.     Notwithstanding entry of this Final Order, nothing herein shall create, nor is intended to create, any rights in favor of, or enhance the status of, any claim held by, any party.

24.     The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Final Order.

25.     Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Final Order shall be immediately effective and enforceable upon its entry.

26.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Final Order.

**Signed:  January 25, 2018.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

## __Schedule 1__

Bank Accounts

| Debtor | Redacted Account Number | Pool Participant | Bank | Country of Operations | Currency | Account Category |
|--------|-------------------------|------------------|------|-----------------------|----------|------------------|
| Expro (B) Sdn Bnd-Brunei | *4-001 | Non-Pool | HSBC | Brunei | BND | Dormant |
| Expro (B) Sdn Bnd-Brunei | *4-090 | Non-Pool | HSBC | Brunei | USD | Dormant |
| Expro (B) Sdn Bnd-Brunei | *01 01 | Non-Pool | Standard Chartered Bank | Brunei | BND | Operating |
| Expro do Brasil Serviços | *9239 | Non-Pool | HSBC | Brazil | BRL | Operating |
| Expro Eurasia Ltd, Australia | *2288 | Non-Pool | HSBC | Australia | USD | Dormant |
| Expro Eurasia Ltd, Kazakhs | *1623 | Non-Pool | Halyk Bank | Kazakhstan | KZT | Operating |
| Expro Gulf Ltd, Dubai | *1 211 | Non-Pool | HSBC | UAE | USD | Dormant |
| Expro Gulf Ltd, Dubai | *6950 | Non-Pool | HSBC | UAE | USD | Dormant |
| Expro North Sea Ltd - UK Inventory Hub | *8782 | Non-Pool | HSBC | UK | USD | Dormant |
| Expro North Sea, Senegal | *9814 | Non-Pool | HSBC | Senegal | USD | Operating |
| Expro Services, SdeRLdeCV | *824-9 | Non-Pool | HSBC | Mexico | USD | Operating |
| Expro Worldwide BV, Angola | *30001 | Non-Pool | Banco de Fomento | Angola | AON | Operating |
| Expro Worldwide BV, Angola | *6804 | Non-Pool | Standard Bank | Angola | AON | Operating |
| Expro Worldwide BV, Qatar | *6-060 | Non-Pool | HSBC | Qatar | QAR | Operating |
| PWS Dubai | *1-001 | Non-Pool | HSBC | UAE | AED | Dormant |
| Exploration and Production Services (Holdings) Limited | *2678 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Exploration and Production Services (Holdings) Ltd | *7074 | Non-Pool | GS | UK | USD | Money Market |

| Debtor | Redacted Account Number | Pool Participant | Bank | Country of Operations | Currency | Account Category |
|---|---|---|---|---|---|---|
| Exploration and Production Services (Holdings) Ltd | *2065 | Non-Pool | HSBC | UK | USD | Treasury |
| Exploration and Production Services (Holdings) Ltd | *0290 | GBP Pool | HSBC | UK | GBP | Pool Header |
| Exploration and Production Services (Holdings) Ltd | *9615 | Non-Pool | HSBC | UK | GBP | Treasury |
| Exploration and Production Services (Holdings) Ltd | *0631 | Non-Pool | HSBC | UK | GBP | Treasury |
| Exploration and Production Services (Holdings) Ltd | *9605 | Non-Pool | HSBC | UK | USD | Treasury |
| Exploration and Production Services (Holdings) Ltd | *1233 | Non-Pool | HSBC | UK | NOK | Treasury |
| Exploration and Production Services (Holdings) Ltd | *1241 | Non-Pool | HSBC | UK | AUD | Treasury |
| Exploration and Production Services (Holdings) Ltd | *1268 | Non-Pool | HSBC | UK | EUR | Treasury |
| Exploration and Production Services (Holdings) Ltd | *8794 | USD Pool | HSBC | UK | USD | Pool Header |
| Exploration and Production Services (Holdings) Ltd | *8810 | EUR Pool | HSBC | UK | EUR | Pool Header |

| **Debtor** | **Redacted Account Number** | **Pool Participant** | **Bank** | **Country of Operations** | **Currency** | **Account Category** |
|---|---|---|---|---|---|---|
| Exploration and Production Services (Holdings) Ltd | *1083 | Non-Pool | HSBC | UK | USD | Treasury |
| Exploration and Production Services (Holdings) Ltd | *6268 | Non-Pool | HSBC | UK | CAD | Treasury |
| Exploration and Production Services (Holdings) Ltd | *7348 | Non-Pool | HSBC | UK | KZT | Treasury |
| Expro (B) Sdn Bnd-Brunei | *01 01 | Non-Pool | Standard Chartered Bank | Brunei | USD | Operating |
| Expro (B) Sendirian Berhad | *2864 | Non-Pool | United Bank | USA | USD | US Domiciled |
| EXPRO AMERICAS, L.L.C.-IN | *2259 | Non-Pool | HSBC | USA | USD | Dormant |
| EXPRO AMERICAS, L.L.C.-OF | *2216 | Non-Pool | HSBC | USA | USD | Dormant |
| Expro Americas, LLC | *3136 | Non-Pool | HSBC | USA | USD | Operating |
| Expro Americas, LLC | *2232 | Non-Pool | HSBC | USA | USD | Operating |
| Expro Benelux Limited | *2694 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Brasil Serviços LTDA | *248-3 | Non-Pool | Bradesco | Brazil | BRL | Operating |
| Expro Brasil Serviços LTDA | *500-5 | Non-Pool | Bradesco | Brazil | BRL | Operating |
| Expro Brasil Serviços LTDA | *707-2 | Non-Pool | ITAÚ | Brazil | BRL | Operating |
| Expro Do Brasil Servicos Ltda | *2791 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Eurasia | *9391 | Non-Pool | HSBC | UK | KZT | Operating |
| Expro Eurasia Kurdistan | *0009 | Non-Pool | Citibank | Iraq | USD | Operating |
| Expro Eurasia Kurdistan | *6785 | USD Pool | HSBC | Kurdistan | USD | Operating |

| Debtor | Redacted Account Number | Pool Participant | Bank | Country of Operations | Currency | Account Category |
|--------|------|------|------|------|------|------|
| Expro Eurasia Kurdistan | *5196 | Non-Pool | HSBC | Kurdistan | EUR | Operating |
| Expro Eurasia Limited | *8020 | Non-Pool | Altyn Bank | Kazakhstan | KZT | Operating |
| Expro Eurasia Limited | *9095 | Non-Pool | Altyn Bank | Kazakhstan | KZT | Operating |
| Expro Eurasia Limited | *8375 | Non-Pool | Altyn Bank | Kazakhstan | KZT | Operating |
| Expro Eurasia Limited | *0836 | Non-Pool | Halyk Bank | Kazakhstan | KZT | Operating |
| Expro Eurasia Limited | *0618 | GBP Pool | HSBC | UK | GBP | Operating |
| Expro Eurasia Limited | *5081 | USD Pool | HSBC | UK | USD | Operating |
| Expro Eurasia Limited | *0100559 | Non-Pool | HSBC | Russia | RUB | Operating |
| Expro Eurasia Limited | *1100559 | Non-Pool | HSBC | Russia | USD | Operating |
| Expro Eurasia Limited | *4700000 | Non-Pool | International Bank of Azerbaijan | Azerbaijan | AZN | Operating |
| Expro Eurasia Limited | *4700000 | Non-Pool | International Bank of Azerbaijan | Azerbaijan | USD | Operating |
| Expro Eurasia Limited | *2716 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Eurasia Limited - Asia | *6002 | Non-Pool | HSBC | Asia | USD | Operating |
| Expro Finservices S.A R.L. | *2570 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Finservices SARL | *9764 | Non-Pool | DB | Luxembourg | USD | Money Market |
| Expro Finservices SARL | *3-0001 | Non-Pool | HSBC | Luxembourg | USD | Money Market |
| Expro Finservices SARL | *17130 | Non-Pool | HSBC | Luxembourg | USD | Treasury |
| Expro Group Australia Pty Limited | *2619 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Group Australia Pty Ltd | *2-001 | Non-Pool | HSBC | Australia | AUD | Operating |

| **Debtor** | **Redacted Account Number** | **Pool Participant** | **Bank** | **Country of Operations** | **Currency** | **Account Category** |
|---|---|---|---|---|---|---|
| Expro Group Australia Pty Ltd | *2-160 | Non-Pool | HSBC | Australia | USD | Operating |
| Expro Group Australia, PNG | *6941 | Non-Pool | ANZ | Australia | PGK | Legal Requirement |
| Expro Group Canada Inc. | *2740 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Group Canada, Inc | *3-001 | Non-Pool | HSBC | Canada | CAD | Operating |
| Expro Group Canada, Inc | *3-070 | Non-Pool | HSBC | Canada | USD | Dormant |
| Expro Group Malaysia Sdn Bhd | *8-101 | Non-Pool | HSBC | Malaysia | MYR | Operating |
| Expro Group Malaysia Sdn Bhd | *8-725 | Non-Pool | HSBC | Malaysia | USD | Operating |
| Expro Group Malaysia Sdn Bhd | *0-001 | Non-Pool | HSBC | Vietnam | VND | Operating |
| Expro Gulf | *0915 | Non-Pool | Eximbank | Kazakhstan | USD | Operating |
| Expro Gulf | *3200 | Non-Pool | Eximbank | Kazakhstan | KZT | Operating |
| Expro Gulf | *3018 | Non-Pool | Turan Alem | Kazakhstan | KZT | Operating |
| Expro Gulf | *0721 | Non-Pool | Turan Alem | Kazakhstan | USD | Operating |
| Expro Gulf Colombia | *-010 | Non-Pool | BANCO GNB SUDAMERIS | Colombia | COP | Operating |
| Expro Gulf Limited | *2-001 | Non-Pool | HSBC | India | INR | Operating |
| Expro Gulf Limited | *5442 | USD Pool | HSBC | India | USD | Operating |
| Expro Gulf Limited | *2627 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Gulf Limited , Sakhalin | *1627 | Non-Pool | RBOS | Shakalin | USD | Operating |
| Expro Gulf Limited, Korea | *5434 | USD Pool | HSBC | Korea | USD | Operating |
| Expro Gulf Limited, Oman | *1634 | USD Pool | HSBC | Oman | USD | Operating |
| Expro Gulf Limited, Sakhalin | *1627 | Non-Pool | RBOS | Shakalin | RUB | Operating |
| Expro Gulf Limited, Vietnam | *5450 | USD Pool | HSBC | Vietnam | USD | Operating |

| **Debtor** | **Redacted Account Number** | **Pool Participant** | **Bank** | **Country of Operations** | **Currency** | **Account Category** |
|---|---|---|---|---|---|---|
| Expro Gulf Ltd Algeria Br | *15-25 | Non-Pool | Banque Exterieure D'Algerie | Algeria | DZD | Operating |
| Expro Gulf Ltd Algeria Br | *62-78 | Non-Pool | Banque Exterieure D'Algerie | Algeria | DZD | Operating |
| EXPRO Gulf Ltd Algeria Br | *77-33 | Non-Pool | Banque Exterieure D'Algerie | Algeria | DZD | Operating |
| EXPRO Gulf Ltd Algeria Br | *80-24 | Non-Pool | Banque Exterieure D'Algerie | Algeria | DZD | Operating |
| EXPRO Gulf Ltd Algeria Br | *89-94 | Non-Pool | Banque Exterieure D'Algerie | Algeria | DZD | Operating |
| EXPRO Gulf Ltd Algeria Br | *90-91 | Non-Pool | Banque Exterieure D'Algerie | Algeria | DZD | Operating |
| EXPRO Gulf Ltd Algeria Br | *94-79 | Non-Pool | Banque Exterieure D'Algerie | Algeria | DZD | Operating |
| EXPRO Gulf Ltd Algeria Br | *02-55 | Non-Pool | Banque Exterieure D'Algerie | Algeria | DZD | Operating |
| EXPRO Gulf Ltd Algeria Br | *23-89 | Non-Pool | Banque Exterieure D'Algerie | Algeria | DZD | Operating |
| EXPRO Gulf Ltd Algeria Br | *25-83 | Non-Pool | Banque Exterieure D'Algerie | Algeria | DZD | Operating |
| EXPRO Gulf Ltd Algeria Br | *29-71 | Non-Pool | Banque Exterieure D'Algerie | Algeria | DZD | Operating |
| EXPRO Gulf Ltd Algeria Br | *32-62 | Non-Pool | Banque Exterieure D'Algerie | Algeria | DZD | Operating |
| EXPRO Gulf Ltd Algeria Br | *39-84 | Non-Pool | Banque Exterieure D'Algerie | Algeria | DZD | Operating |
| EXPRO Gulf Ltd Algeria Br | *81 17 | Non-Pool | HSBC | Algeria | DZD | Operating |

| **Debtor** | **Redacted Account Number** | **Pool Participant** | **Bank** | **Country of Operations** | **Currency** | **Account Category** |
|---|---|---|---|---|---|---|
| Expro Gulf Ltd, Algeria | *1626 | USD Pool | HSBC | Algeria | USD | Operating |
| Expro Gulf Ltd, Angola | *5191 | USD Pool | HSBC | Angola | USD | Operating |
| Expro Gulf Ltd, Angola | *2924 | GBP Pool | HSBC | Angola | GBP | Operating |
| Expro Gulf Ltd, Beijing Office | *5332 | USD Pool | HSBC | China | USD | Operating |
| Expro Gulf Ltd, Cyprus | *2886 | GBP Pool | HSBC | UK | GBP | Dormant |
| Expro Gulf Ltd, Cyprus | *7116 | USD Pool | HSBC | UK | USD | Dormant |
| Expro Gulf Ltd, Ghana | *59525 | Non-Pool | Barclays | Ghana | GHS | Operating |
| Expro Gulf Ltd, Ghana | *5226 | USD Pool | HSBC | Ghana | USD | Operating |
| Expro Gulf Ltd, Ivory Coast | *5501 | Non-Pool | Ecobank | Ivory Coast | XAF | Operating |
| Expro Gulf Ltd, Ivory Coast | *5234 | USD Pool | HSBC | Ivory Coast | USD | Operating |
| Expro Gulf Ltd, Kenya | *7204 | USD Pool | HSBC | Kenya | USD | Operating |
| Expro Gulf Ltd, Kenya | *2457 | Non-Pool | Stanbic CFC | Kenya | KES | Operating |
| Expro Gulf Ltd, Madagascar | *4399 | USD Pool | HSBC | Madagascar | USD | Operating |
| Expro Gulf Ltd, Nigerian | *5682 | USD Pool | HSBC | Nigeria | USD | Operating |
| Expro Gulf Ltd, Nigerian | *2932 | GBP Pool | HSBC | Nigeria | GBP | Operating |
| Expro Gulf Ltd, South Africa | *5124 | USD Pool | HSBC | South Africa | USD | Operating |
| Expro Gulf Ltd, South Africa | *8034 | Non-Pool | Standard Bank | South Africa | ZAR | Operating |
| Expro Holdings Australia 1 Pty Limited | *2597 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Holdings Australia 2 Pty Limited | *2600 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Holdings Norway As | *2775 | Non-Pool | United Bank | USA | USD | US Domiciled |

| **Debtor** | **Redacted Account Number** | **Pool Participant** | **Bank** | **Country of Operations** | **Currency** | **Account Category** |
|---|---|---|---|---|---|---|
| Expro Holdings UK 2 Ltd | *5009 | Non-Pool | HSBC | UK | GBP | Treasury |
| Expro Holdings UK 2 Ltd | *7234 | Non-Pool | HSBC | UK | USD | Treasury |
| Expro Holdings UK 2 Ltd | *XXXX | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Holdings Uk 3 Limited | *2562 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Holdings UK 3 Ltd | *4967 | Non-Pool | HSBC | UK | GBP | Treasury |
| Expro Holdings UK 3 Ltd | *7191 | Non-Pool | HSBC | UK | USD | Treasury |
| Expro Holdings Uk 4 Limited | *2651 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Holdings UK 4 Ltd | *8362 | Non-Pool | HSBC | UK | GBP | Treasury |
| Expro Holdings UK 4 Ltd | *9165 | Non-Pool | HSBC | UK | USD | Treasury |
| Expro Holdings UK 4 Ltd | *8362 | Non-Pool | HSBC | UK | USD | Bond Collateralization |
| Expro Holdings US Inc. | *2275 | Non-Pool | HSBC | USA | USD | Operating |
| Expro Int. Grp Holdings | *4975 | Non-Pool | HSBC | UK | GBP | Treasury |
| Expro Int. Grp Holdings | *7218 | Non-Pool | HSBC | UK | USD | Treasury |
| Expro International B.V. | *2848 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro International BV | *6042 | Non-Pool | HSBC | Holland | USD | Operating |
| Expro International BV | *6034 | Non-Pool | HSBC | Holland | EUR | Operating |
| Expro International Group | *3644 | Non-Pool | HSBC | UK | GBP | Dormant |
| Expro International Group | *3586 | Non-Pool | HSBC | UK | USD | Treasury |
| Expro International Group | *5587 | Non-Pool | HSBC | UK | GBP | Treasury |

| Debtor | Redacted Account Number | Pool Participant | Bank | Country of Operations | Currency | Account Category |
|---|---|---|---|---|---|---|
| Expro International Group Holdings Limited | *XXXX | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro International Group Limited | *2732 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro International Limited | *2635 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro International Limited, Libya | *4464 | Non-Pool | HSBC | Libya | USD | Operating |
| Expro International Ltd | *7066 | Non-Pool | HSBC | Guernsey | GBP | Operating |
| Expro International Ltd, Libya | *200005 | Non-Pool | Sahara | Libya | LYD | Operating |
| Expro Meters, Inc. | *0059 | Non-Pool | HSBC | USA | USD | Operating |
| Expro Meters, Inc. | *2724 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro North Sea Limited | *8325 | Non-Pool | ABN Amro | Holland | EUR | Operating |
| Expro North Sea Limited | *0429 | Non-Pool | ABN Amro | Holland | EUR | Dormant |
| Expro North Sea Limited | *3255 | Non-Pool | ABN Amro | Holland | EUR | Operating |
| Expro North Sea Limited | *5093 | Non-Pool | DNB | Norway | NOK | Operating |
| Expro North Sea Limited | *3.255 | Non-Pool | Fortis Bank | Holland | GBP | Dormant |
| Expro North Sea Limited | *7014 | USD Pool | HSBC | UK | USD | Operating |
| Expro North Sea Limited | *6496 | EUR Pool | HSBC | UK | EUR | Operating |
| Expro North Sea Limited | *0886 | GBP Pool | HSBC | UK | GBP | Operating |
| Expro North Sea Limited | *4800 | GBP Pool | HSBC | UK | GBP | Operating |
| Expro North Sea Limited | *4819 | Non-Pool | HSBC | Norway | GBP | Dormant |
| Expro North Sea Limited | *4930 | Non-Pool | HSBC | Norway | NOK | Dormant |

| **Debtor** | **Redacted Account Number** | **Pool Participant** | **Bank** | **Country of Operations** | **Currency** | **Account Category** |
|---|---|---|---|---|---|---|
| Expro North Sea Limited | *8332 | Non-Pool | HSBC | Norway | USD | Dormant |
| Expro North Sea Limited | *7850 | GBP Pool | HSBC | Holland | GBP | Operating |
| Expro North Sea Limited | *7928 | Non-Pool | HSBC | Holland | USD | Operating |
| Expro North Sea Limited | *6069 | Non-Pool | HSBC | Holland | USD | Operating |
| Expro North Sea Limited | *6050 | Non-Pool | HSBC | Holland | EUR | Operating |
| Expro North Sea Limited | *6001 | Non-Pool | HSBC | India | INR | Operating |
| Expro North Sea Limited | *6223 | Non-Pool | HSBC | India | USD | Operating |
| Expro North Sea Limited | *2708 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro North Sea, Senegal | *5901 | Non-Pool | Ecobank | Senegal | XAF | Operating |
| Expro Norway AS | *0945 | Non-Pool | DNB | Norway | GBP | Operating |
| Expro Norway AS | *4330 | Non-Pool | DNB | Norway | NOK | Operating |
| Expro Norway AS | *2077 | Non-Pool | DNB | Norway | USD | Operating |
| Expro Norway AS | *5669 | Non-Pool | DNB | Norway | NOK | Operating |
| Expro Norway AS | *5677 | Non-Pool | DNB | Norway | NOK | Operating |
| Expro Norway As | *2767 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Norway Holdings | *5983 | Non-Pool | DNB | Norway | USD | Operating |
| Expro Norway Holdings | *3226 | Non-Pool | DNB | Norway | NOK | Operating |
| Expro Oilfield Services Sdn Bhd | *0-726 | Non-Pool | HSBC | Malaysia | USD | Operating |
| Expro Oilfield Services Sdn Bhd - Epti | *0-102 | Non-Pool | HSBC | Malaysia | MYR | Operating |
| Expro Overseas Inc | *1082 | Non-Pool | HSBC | Panama | USD | Operating |
| Expro Overseas Inc | *3070 | Non-Pool | HSBC | Panama | GBP | Operating |
| Expro Overseas Inc, Thailand | *4-001 | Non-Pool | HSBC | Thailand | THB | Operating |
| Expro Overseas Inc, Thailand | *4-090 | Non-Pool | HSBC | Thailand | USD | Operating |

| **Debtor** | **Redacted Account Number** | **Pool Participant** | **Bank** | **Country of Operations** | **Currency** | **Account Category** |
|---|---|---|---|---|---|---|
| Expro Overseas Inc, Thailand | *4-091 | Non-Pool | HSBC | Thailand | USD | Operating |
| Expro Overseas Limited | *2686 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Overseas, Dubai | *0-001 | Non-Pool | HSBC | UAE | AED | Operating |
| Expro Overseas, Dubai | *6777 | Non-Pool | HSBC | UAE | USD | Operating |
| Expro Overseas, Inc | *2880 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Overseas, Tunisia | *2729 | Non-Pool | Banque Internationale Arab De Tunisie | Tunisia | TND | Operating |
| Expro Overseas, Tunisia | *2375 | Non-Pool | HSBC | Tunisia | USD | Operating |
| Expro Resources Limited | *2856 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Resources Ltd | *5588 | Non-Pool | HSBC | UK | USD | Operating |
| Expro Servicios S. De R.L. De C.V. | *0175 | Non-Pool | HSBC | Mexico | MXN | Operating |
| Expro Servicios S. De R.L. De C.V. | *2813 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Tool de Mexico S de RL de CV | *6369 | Non-Pool | HSBC | Mexico | MXN | Operating |
| Expro Tool de Mexico S de RL de CV | *3085 | Non-Pool | HSBC | Mexico | USD | Operating |
| Expro Tool S. De R.L. De C.V. | *2821 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro Trinidad, Ltd | *0246 | Non-Pool | Scotia Bank | Trinidad | TTD | Operating |
| Expro Trinidad, Ltd | *1374 | Non-Pool | Scotia Bank | Trinidad | USD | Operating |
| Expro Us Finco Llc (Delaware) | *2589 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Expro US Holdings LLC | *4532 | Non-Pool | HSBC | USA | USD | Dormant |
| Expro Worldwide B.V. | *2643 | Non-Pool | United Bank | USA | USD | US Domiciled |

| **Debtor** | **Redacted Account Number** | **Pool Participant** | **Bank** | **Country of Operations** | **Currency** | **Account Category** |
|---|---|---|---|---|---|---|
| Expro Worldwide BV | *1665 | Non-Pool | Halyk Bank | Kazakhstan | USD | Operating |
| Expro Worldwide BV | *1664 | Non-Pool | Halyk Bank | Kazakhstan | KZT | Operating |
| Expro Worldwide BV | *6085 | Non-Pool | HSBC | Holland | USD | Operating |
| Expro Worldwide BV | *6077 | Non-Pool | HSBC | Holland | EUR | Operating |
| Expro Worldwide BV | *5.038 | Non-Pool | HSBC | Brazil | USD | Operating |
| Expro Worldwide BV - Saudi Arabia | *2-001 | Non-Pool | SABB | Saudi Arabia | SAR | Operating |
| Expro Worldwide BV Cameroon | *12-92 | Non-Pool | Societe Generale | Cameroon | XAF | Operating |
| Expro Worldwide BV Chad | *01 63 | Non-Pool | Societe Generale | Chad | XAF | Operating |
| Expro Worldwide BV,  Philippines | *-040 | Non-Pool | HSBC | Philippines | PHP | Operating |
| Expro Worldwide BV, Angola | *1001 | Non-Pool | Banco de Fomento | Angola | USD | Operating |
| Expro Worldwide BV, Angola | *6839 | Non-Pool | Standard Bank | Angola | USD | Operating |
| Expro Worldwide BV, Cameroon | *7629 | USD Pool | HSBC | Cameroon | USD | Operating |
| Expro Worldwide BV, Chad | *7212 | USD Pool | HSBC | Chad | USD | Operating |
| Expro Worldwide BV, Congo | *7645 | USD Pool | HSBC | Congo | USD | Operating |
| Expro Worldwide BV, Congo | *0179 | Non-Pool | Societe Generale | Congo | XAF | Operating |
| Expro Worldwide BV, Gabon | *11-35 | Non-Pool | BGFI BANK | Gabon | XAF | Dormant |
| Expro Worldwide BV, Gabon | *500001 | Non-Pool | Citibank | Gabon | XAF | Operating |
| Expro Worldwide BV, Gabon | *7653 | USD Pool | HSBC | Gabon | USD | Operating |
| Expro Worldwide BV, Gabon | *7661 | Non-Pool | HSBC | Gabon | EUR | Dormant |
| Expro Worldwide BV, Iraq | *4004 | Non-Pool | Citibank | Iraq | USD | Operating |
| Expro Worldwide BV, Iraq | *8365 | USD Pool | HSBC | Iraq | USD | Operating |

| **Debtor** | **Redacted Account Number** | **Pool Participant** | **Bank** | **Country of Operations** | **Currency** | **Account Category** |
|---|---|---|---|---|---|---|
| Expro Worldwide BV, Kuwait | *2099 | USD Pool | HSBC | Kuwait | USD | Dormant |
| Expro Worldwide BV, Philippines | *-130 | Non-Pool | HSBC | Philippines | USD | Operating |
| Expro Worldwide BV, Qatar | *4098 | USD Pool | HSBC | Qatar | USD | Operating |
| Expro Worldwide BV, Saudi Arabia | *6769 | USD Pool | HSBC | Saudi Arabia | USD | Operating |
| Expro Worldwide BV, Saudi Arabia | *2-080 | Non-Pool | SABB | Saudi Arabia | USD | Operating |
| Expro Worldwide BV, Singapore | *4-002 | Non-Pool | HSBC | Singapore | SGD | Operating |
| Expro Worldwide BV, Singapore | *8-178 | Non-Pool | HSBC | Singapore | USD | Operating |
| Expro Worldwide BV, Uganda | *7688 | USD Pool | HSBC | Uganda | USD | Operating |
| Expro Worldwide BV, Yemen | *4106 | USD Pool | HSBC | Yemen | USD | Operating |
| Expro Worldwide BV, Yemen | *266-9 | Non-Pool | UBL | Yemen | USD | Operating |
| Expro Worldwide BV, Yemen | *918-9 | Non-Pool | UBL | Yemen | YER | Operating |
| Expro WWBV Bolivia | *4877 | Non-Pool | Banco Mercantil Santa Cruz S.A. | Bolivia | BOB | Operating |
| Expro WWBV Bolivia | *3483 | Non-Pool | Banco Mercantil Santa Cruz S.A. | Bolivia | USD | Operating |
| Exprotech Nigeria Ltd | *7685 | Non-Pool | ACCESS | Nigeria | USD | Operating |
| Exprotech Nigeria Ltd | *3010 | Non-Pool | CITIBANK | Nigeria | NGN | Operating |
| Exprotech Nigeria Ltd | *3020 | Non-Pool | CITIBANK | Nigeria | USD | Operating |
| Exprotech Nigeria Ltd | *2899 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Petrotech AS | *4262 | Non-Pool | DNB | Norway | USD | Operating |
| Petrotech AS | *5555 | Non-Pool | DNB | Norway | NOK | Operating |
| Petrotech AS | *9399 | Non-Pool | DNB | Norway | NOK | Operating |

| **Debtor** | **Redacted Account Number** | **Pool Participant** | **Bank** | **Country of Operations** | **Currency** | **Account Category** |
|---|---|---|---|---|---|---|
| Petrotech AS | *2783 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Petrotech BV | *2759 | Non-Pool | United Bank | USA | USD | US Domiciled |
| Petrotech BV | *6093 | Non-Pool | HSBC | Holland | EUR | Operating |
| Petrotech BV | *6107 | Non-Pool | HSBC | Holland | USD | Operating |
| PT Expro Indonesia | *9286 | Non-Pool | BANK MANDIRI | Indonesia | USD | Operating |
| PT Expro Indonesia | *3644 | Non-Pool | BANK MANDIRI | Indonesia | IDR | Operating |
| PT Expro Indonesia | *3-001 | Non-Pool | HSBC | Indonesia | IDR | Operating |
| PT Expro Indonesia | *3-115 | Non-Pool | HSBC | Indonesia | USD | Operating |
| PT Expro Indonesia | *4841 | Non-Pool | MANDIRI | Indonesia | USD | Operating |
| PT Expro Indonesia | *10007 | Non-Pool | PT BANK NEGARA INDONESIA (PERSERO) TBK | Indonesia | IDR | Operating |
| PT Expro Indonesia | *10006 | Non-Pool | PT BANK NEGARA INDONESIA (PERSERO) TBK | Indonesia | USD | Operating |
| PT Expro Indonesia | *2872 | Non-Pool | United Bank | USA | USD | US Domiciled |
| PTI Indonesia | *3-007 | Non-Pool | HSBC | Indonesia | USD | Operating |
| PTI Indonesia | *3-068 | Non-Pool | HSBC | Indonesia | IDR | Operating |